ORIGINAL

FILED
APR 24 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

No. 07-253 C

SWALES & ASSOCIATES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

# COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF

## APPENDIX

MARCIA G. MADSEN
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3000
(202) 263-3300 Facsimile

Of Counsel:
DAVID F. DOWD
LUKE LEVASSEUR
MAYER, BROWN, ROWE & MAW LLP
*Counsel for Plaintiff, Swales & Associates, Inc.*
April 24, 2007

# INDEX TO THE APPENDIX


| Exhibit No. | |
|---|---|
| 1 | Excerpts from NASA's Request For Proposals No. NNG05096383R |
| 2 | Source Selection Decision (Second), March 29, 2007 |
| 3 | Source Selection Decision (Initial), December 6, 2006 |
| 4 | Mr. Galassi's Separation Agreement With Swales |
| 5 | NASA's March 29, 20007 Decision By The Procurement Officer In Response To Swales' Investigation Request |

National Aeronautics and
Space Administration

*Goddard Space Flight Center*
Greenbelt, Maryland 20771

March 09, 2006

Reply to Attn of: 210.3

TO: All Prospective Offerors

SUBJECT: Request for Proposal (RFP-NNG05096383R) for Mechanical Systems Engineering Services II/A Contract (MSES II/A)

You are invited to submit a proposal for NASA/Goddard Space Flight Center's (GSFC) Mechanical Systems Engineering Services II/A Contract (MSES II/A) solicitation. The principal purpose of this contract is to provide engineering services for the study, design, development, fabrication, integration, testing, verification, and operations of space flight and ground system hardware and software, including development and validation of new technologies to enable future science missions under task ordering arrangements.

This is a small business set-aside, and the NAICS code is 541710, Size Standard 1,000 employees. This competitive procurement will result in a Cost-Plus-Award-Fee (CPAF), Indefinite Delivery Indefinite Quantity (IDIQ) contract with an ordering period that extends five years from the effective date of the contract. The anticipated award date for the 30-day phase-in is July 17, 2006, which will be performed under a separate, firm fixed-price order.

Representative Task Orders (RTO's) have been included as Exhibit 8 of the RFP to help the Government understand how you, as our contractor, would carry out the representative tasks associated with the SOW. Offerors will be required to price these RTO's as part of the mission suitability and cost realism evaluation. In addition, this solicitation utilizes a cost evaluation methodology that is different than prior cost evaluations for GSFC's CPAF, IDIQ contracts. Offerors are encouraged to carefully read Provision L.15 of the RFP and the associated Cost Exhibits.

As listed in Provision L. 4, a procurement library has been established which contains information and reference material related to this solicitation. This data may be examined at the following website: http://nasatomsmses.gsfc.nasa.gov/index.cfm

All documents related to this procurement, including this letter, the final solicitation, Attachments, Exhibits, and Enclosures, etc. will be attainable electronically from the World Wide Web through the GSFC Procurement Home Page at:
http://prod.nais.nasa.gov/cgi-bin/eps/bizops.cgi?gr=D&pin=51.

Offerors are requested to periodically monitor the Website for any potential updates.

This RFP does not commit NASA/GSFC to pay any proposal preparation costs, nor does it obligate NASA/GSFC to procure or contract for these services. This request shall not be construed as authorization to proceed with, or be paid for charges incurred by performing any of the work called for in this solicitation.

Offerors are reminded that a "Blackout Notice" for this procurement will be distributed to all GSFC personnel concurrently with the release of the final RFP to industry. Therefore, all communications pertaining to this procurement shall be directed only to the Contracting Officer listed below.

Proposals are due no later than 11:00 a.m., EST, on April 10, 2006. Delivery information is contained in the RFP.

If you have any questions regarding this RFP, please contact the undersigned at (301) 286-5257 or via email at: kathleen.m.pierson@nasa.gov .

*/signed/*
Kathleen M. Pierson
Contracting Officer

# SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING: DO-C9 | PAGE 1 OF PAGES 132

2. CONTRACT NUMBER

3. SOLICITATION NUMBER: RFP-NNG05096383R

4. TYPE OF SOLICITATION: ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP)

5. DATE ISSUED

6. REQUISITION/PURCHASE NO.

7. ISSUED BY — CODE 210.3
NASA GODDARD SPACE FLIGHT CENTER
ATTN: KATHLEEN M.PIERSON, MAIL STOP 210.3
GREENBELT ROAD
GREENBELT, MD 20771

8. ADDRESS OFFER TO *(If other than Item 7)*
SEE L.12 (c) PROPOSAL MARKING AND DELIVERY

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder"

## SOLICITATION

9. Sealed offers in original and copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in SEE L.12 (C) PROPOSAL MARKING AND DELIVERY until April 10, 2006 local time 11:00 A.M. .

CAUTION — LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE (NO COLLECT CALLS) AREA CODE | NUMBER | EXT. | C. E-MAIL ADDRESS |
|---|---|---|---|---|---|
| | KATHLEEN M.PIERSON<br>CONTRACTING OFFICER | 301 | 286-5257 | | kathleen.m.pierson@nasa.gov |

## 11. TABLE OF CONTENTS


| (✓) | SEC. | DESCRIPTION | PAGE(S) | (✓) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | | x | I | CONTRACT CLAUSES | 54-72 |
| x | B | SUPPLIES OR SERVICES AND PRICE/COST | 5-13 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| x | C | DESCRIPTION/SPECS./WORK STATEMENT | 14-15 | x | J | LIST OF ATTACHMENTS | 73 |
| x | D | PACKAGING AND MARKING | 16 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| x | E | INSPECTION AND ACCEPTANCE | 17-22 | x | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 74-87 |
| x | F | DELIVERIES OR PERFORMANCE | 23-25 | | | | |
| x | G | CONTRACT ADMINISTRATION DATA | 27-41 | x | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 88-120 |
| x | H | SPECIAL CONTRACT REQUIREMENTS | 42-53 | x | M | EVALUATION FACTORS FOR AWARD | 121-132 |


## OFFER *(Must be fully completed by offeror)*

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ___ calendar days *(60 calendar days unless a different period is inserted by the offeror)* from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT *(See Section I, Clause No. 52.232-8)* | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|

| 14. ACKNOWLEDGMENT OF AMENDMENTS *(The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated):* | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |

15A. NAME AND ADDRESS OF OFFEROR — CODE — FACILITY

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

15B. TELEPHONE NUMBER — AREA CODE | NUMBER | EXT.

☐ 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE.

17. SIGNATURE

18. OFFER DATE

## AWARD *(To be completed by Government)*

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT

21. ACCOUNTING AND APPROPRIATION

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* — ITEM

24. ADMINISTERED BY *(If other than Item 7)* — CODE

25. PAYMENT WILL BE MADE BY — CODE

26. NAME OF CONTRACTING OFFICER *(Type or print)*

27. UNITED STATES OF AMERICA
*(Signature of Contracting Officer)*

28. AWARD DATE

IMPORTANT -- Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

## B. 2 MINIMUM/MAXIMUM AMOUNT OF SUPPLIES OR SERVICES

(a) The minimum amount of supplies or services that shall be ordered during the effective period of this contract is **$1,000,000**. The maximum amount of supplies or services that may be ordered during the effective period of this contract is **$400,000,000**.

(b) The minimum amount is reached when the sum of the dollar amounts of all ordered supplies or services, except for any adjustments made pursuant to the Limitation of Cost or Limitation of Funds clause, equals or exceeds the minimum amount stated in paragraph (a).

(c) The maximum amount is reached when the sum of the dollar amounts of all ordered supplies or services, except for any adjustments made pursuant to the Limitation of Cost or Limitation of Funds clause, equals the maximum amount stated in paragraph (a).

(d) The maximum amount, if reached, precludes the issuance of further orders for supplies or services under this contract. However, reaching the maximum amount does not preclude adjustments to the dollar amounts of existing placed orders, for actions that are within the scope of the placed orders, and which are made pursuant to existing contract authority, such as the Changes clause.

(e) The Contracting Officer may adjust the maximum ordering value unilaterally on an annual basis. Historic, current and/or projected workload requirements will be used to determine the amount of upward adjustment. In no event shall the adjustment exceed **30%** of the awarded ($400M) maximum ordering value.

(End of text)

## B. 3 LIMITATION OF INDIRECT COSTS (GSFC 52.231-90) (FEB 1995)

a. Within each of the Contractor's fiscal years, the Contractor shall not charge or be reimbursed by the Government, under this or any other Government contract, for indirect costs in excess of the individual indirect expense dollars derived by the application of the following indirect cost ceiling rates to the appropriate base(s) set forth below.

| Indirect Cost | Base of Application | Percentage CFY* 1 | CFY 2 | CFY 3 | CFY 4 | CFY 5 | CFY 6 |
|---|---|---|---|---|---|---|---|
| TBP | TBP | | | TBP | | | |

*CFY (Contractor Fiscal Year)= TBP (month) to TBP (month).

b. The limitations may be adjusted at the discretion of the Contracting Officer to the extent that increases to the Contractor's indirect costs are caused by:

(i) New or revised statutes and court decisions and/or written ruling or regulation by the Internal Revenue Service or any other taxing authority.

(ii) Wage determinations and/or regulations issued by the Department of Labor pursuant to the Service Contract Act of 1965, as amended.

c. A proposal for any adjustment under paragraph (b) must be in sufficient detail to establish that the cause of the amount of adjustment requested was solely due to the permitted conditions stated in the paragraph. It must be submitted no later than 60 days after the condition(s) become(s) known, or should have become known, to the Contractor. The amount of adjustment, if any, is at the discretion of the Contracting Officer and shall not be subject to the Disputes clause.

(End of clause)

**B.4 ESTIMATED COST INCREASES**

(a) The parties estimate that performance of this contract, exclusive of any fee, will not cost the Government more than the estimated cost specified in any individual task order.

(b) The Contractor shall notify the Contracting Officer in writing when the Contractor has reason to believe that -

(1) The costs the Contractor expects to incur under any individual task order, exclusive of fee, when added to all costs previously incurred, will exceed 75 percent of the estimated cost specified in any individual task order; or

(2) The total estimated cost for the performance of any individual task order, exclusive of any fee, will be substantially less than had been previously estimated.

(c) Notification shall not be delayed pending preparation of a proposal. A proposal is required to support a request for an increase in the estimated cost of a task order. The proposal should be submitted as soon as possible after the above notification but no later than **30** days before the incurred costs are expected to exceed the estimated cost. This will allow adequate time for the Government to evaluate the proposal and to mutually establish any increase in estimated cost with the Contractor.

(d) (1) The proposal shall be submitted in the following format unless some other format is directed or approved by the Contracting Officer:

Incurred costs to date
Projected cost to completion
Total cost at completion
Current negotiated estimated cost
Requested increase in estimated cost

(2) The "projected cost to completion" shall consist of the following "other than cost or pricing data" unless the Contracting Officer requests or approves the submittal of a greater or lesser amount of information:

(i) Elements of cost with supporting detail for estimated direct labor hours, direct and indirect rates, materials and subcontracts, and other elements.

(ii) Supporting explanation for the increases and projections, sufficient for the Government to understand the reasons for the increased estimated cost.

(End of text)

**B. 5 ORDERING (52.216-18) (OCT 1995)**

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from the award date of this contract through a five (5) year period afterwards (effective ordering period).

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

| | |
|---|---|
| (1852.223-74) | DRUG-AND ALCOHOL-FREE WORKPLACE (MAR 1996) |
| (1852.242-78) | EMERGENCY MEDICAL SERVICES AND EVACUATION (APR 2001) |
| (1852.243-71) | SHARED SAVINGS (MAR 1997) |

(End of By Reference Section)

## I. 2 LIMITATIONS ON SUBCONTRACTING (52.219-14) (DEC 1996)

(a) This clause does not apply to the unrestricted portion of a partial set-aside.

(b) By submission of an offer and execution of a contract, the Offeror/Contractor agrees that in performance of the contract in the case of a contract for--

(1) Services (except construction). At least 50 percent of the cost of contract performance incurred for personnel shall be expended for employees for the concern.

(2) Supplies (other than procurement from a nonmanufacturer of such supplies). The concern shall perform work for at least 50 percent of the cost of manufacturing the supplies, not including the cost of materials.

(3) General construction. The concern will perform at least 15 percent of the cost of the contract, not including the cost of materials, with its own employees.

(4) Construction by special trade contractors. The concern will perform at least 25 percent of the cost of the contract, not including the cost of materials, with its own employees.

(End of clause)

## I. 3 NOTIFICATION OF EMPLOYEE RIGHTS CONCERNING PAYMENT OF UNION DUES OR FEES (52.222-39) (DEC 2004)

(a) Definition. As used in this clause—
"United States" means the 50 States, the District of Columbia, Puerto Rico, the Northern Mariana Islands, American Samoa, Guam, the U.S. Virgin Islands, and Wake Island.

(b) Except as provided in paragraph (e) of this clause, during the term of this contract, the Contractor shall post a notice, in the form of a poster, informing employees of their rights concerning union membership and payment of union dues and fees, in conspicuous places

## K. 4 PLACE OF PERFORMANCE (52.215-6) (OCT 1997)

(a) The offeror or respondent, in the performance of any contract resulting from this solicitation,
[ ] intends, [ ] does not intend [check applicable block] to use one or more plants or facilities located at a different address from the address of the offeror or respondent as indicated in this proposal or response to request for information.

(b) If the offeror or respondent checks "intends" in paragraph (a) of this provision, it shall insert in the following spaces the required information:

| Place of performance (street address, city, state, county, zip code) | Name and address of owner and operator of the plant or facility if other than offeror or respondent |
| --- | --- |
| ____________________ | ____________________ |
| ____________________ | ____________________ |
| ____________________ | ____________________ |

(End of provision)

## K. 5 SMALL BUSINESS PROGRAM REPRESENTATIONS (52.219-1) (MAY 2004)--ALTERNATE I (APR 2002)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is 541710.

(2) The small business size standard is 1,000 employees.

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations.

(1) The offeror represents as part of its offer that it o is, o is not a small business concern.

(2) [*Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.*] The offeror represents, for general statistical purposes, that it o is, o is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

## L. 3 PHASE-IN PERIOD

The Contractor shall assume full contract responsibility for all of the requirements of this contract on or about August 16, 2006. During the period commencing 30 days prior to this date, the Contractor shall accomplish phase-in and training of Contractor personnel as required for the assumption of full contract responsibility under a separate Firm-Fixed price contract vehicle. The Contractor shall not charge the Government nor be reimbursed for costs incurred for phase-in and training during said phase-in period under this contract.

(End of text)

## L. 4 AVAILABILITY FOR EXAMINATION OF SPECIFICATIONS NOT LISTED IN THE INDEX OF FEDERAL SPECIFICATIONS, STANDARDS AND COMMERCIAL ITEM DESCRIPTIONS (52.211-4) (JUN 1988)

The specifications cited in this solicitation are not available for distribution. However, they may be examined at the following location(s):

ACTIVITY: Procurement Library

COMPLETE ADDRESS: http://nasatomsmses.gsfc.nasa.gov/index.cfm

TIME(S) FOR VIEWING: Anytime

(End of provision)

## L. 5 TYPE OF CONTRACT (52.216-1) (APR 1984)

The Government contemplates award of a Cost-Plus-Award Fee (CPAF) Indefinite Delivery/Indefinite Quantity (IDIQ) contract resulting from this solicitation.

(End of provision)

## L. 6 SERVICE OF PROTEST (52.233-2) (AUG 1996)

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO), shall be served on the Contracting Officer (addressed

As part of this plan, the offeror shall, address the following:

- Describe the Quality Management System to be utilized for this effort;
- Describe your organization's methodology for ISO compliance;
- Identify the procedures to be employed as part of the quality system;
- Identify the methodology for continuous improvement and process performance measurements; and
- Describe the relationship to any other corporate process initiatives (e.g., Capability Maturity Model (CMM)) that are or currently underway.

The offeror shall provide a detailed phase-in plan that addresses, at a minimum, the offeror's approach to phase-in sufficient to ensure continuity and a smooth transition with the incumbent Contractor during the 30-day phase-in period. The phase-in plan shall clearly demonstrate an ability to assume full contract responsibility on the effective date of the contract (offerors shall assume the transition of approximately 300 task orders at contract award). The phase-in plan shall also specifically address how ongoing work will be maintained, the proposed management organization, schedule, staffing plan, orientation and training of personnel. If the phase-in plan assumes any dependency upon the incumbent contractor, please identify. Also, specify the extent of involvement of NASA personnel during this period. (Phase-in will be accomplished under a separate fixed price contractual vehicle).

The offeror shall describe its approach, if any, of using award fee as an incentive to maximize performance during the contract period.

The offeror shall discuss plans for any incumbent capture and provide the basis for this capture rate, which may include descriptive and/or historical data on similar or previous contracts (e.g., number of employees, whether the effort was performed on-site or off-site, initial incumbent capture rate and retention rate of incumbents.) Specify how non-company personnel will be successfully attracted.

The offeror shall describe an overall plan for maintaining and augmenting a staff after assumption of full contract responsibility to meet on-going contract requirements. Detail shall be presented that demonstrates the Offeror's ability to provide any necessary support to perform under the resultant contract, respond to critical requirements, and staff new requirements from existing resources and from outside sources. Offerors shall address the areas of on-the-job orientation, deletion or replacement of personnel due to attrition, varying of skill mix requirements, unproductive personnel, use of part-time support and hiring personnel to handle short or long term

other than cost or pricing data described in Section 2 below.

## 2. Cost Proposal Format

(a) DIRECT LABOR AND INDIRECT RATES MATRIX

Offerors shall complete **Attachment B**, Direct Labor Rates, Indirect Rates, and Award Fee Matrices, for each Contract Year. The Offeror Direct Labor Rates, Indirect Rates are "not to exceed" **bid** rates. Offerors will be permitted to propose costs for task orders at lower rates than are listed in these matrix in accordance with the "TASK ORDERING PROCEDURE" and "SUPPLEMENTAL TASK ORDERING PROCEDURES" clauses of this contract.

In Attachment B, the prime offeror shall propose only **unburdened Offeror Direct Labor Rates** for all **Offeror Direct Labor (DL) Categories** in Section 1 which shall match the Unburdened Offeror DL Rates in **Exhibits 2A and 2B** used to calculate the Contract DL Category rates. The ~~Offeror's~~ proposed Offeror DL ~~labor~~ categories must reflect all labor categories and levels within each category that convert to the Contract DL categories ~~anticipated as necessary to perform the requirements of the SOW and RTOs~~ and should range from entry level to most senior level. In Section 2, the prime offeror shall insert all individual indirect expenses categories and Contract Year rates (which shall match the rates in **Exhibit 4A**), clearly delineating on-site (at GSFC) and off-site (at Offeror Facility) indirect rates. The offeror's award fee rate included in Section 3 of the matrix shall be used to calculate the maximum available award fee for performing all task orders issued under the resultant contract. In Section 4, the offeror shall include a **Loaded Subcontract/Team Member Direct Labor** rate matrix for **each** significant subcontractor or team member. In Section 5, provide Position Descriptions for all proposed Offeror Direct Labor Categories specified in Section 1.

(b) CONTRACT DIRECT LABOR LOADED RATES AND PERCENT OF EFFORT

***To be Completed by the Prime Offeror ONLY***

**Exhibits 1A and 1B** contain the Contract Direct Labor Categories the Government considers essential to perform task orders under this contract. The Prime Offeror ***ONLY*** shall complete one **Exhibit 1A**, "Contract Direct Labor Loaded Rates and Percent of Effort - Bid Rates," and one **Exhibit 1B**, "Contract Direct Labor Loaded Rates and Percent of Effort - Ceiling Rates," for each Contract Year. The Prime Offeror shall complete these exhibits in accordance with the following:

- At the top of **Exhibits 1A and 1B**, the Prime Offeror shall

insert the Prime Offeror loadings (indirect rate(s) and/or fee(s)) that will be applied to the Subcontractor (or Team Member) Contract Direct Labor Loaded Rates in accordance with the prime's approved accounting system. Specify the Element of Cost (e.g., Material Handling and/or G&A and/or Award Fee) and the proposed Contract Year rate for each Element of Cost (indirect rates must match the respective bid and ceiling Contract Year indirect rates in **Exhibits 4A or 4B**).

- In **Exhibit 1A**, the Prime Offeror shall insert the Prime Loaded **Bid** Rate and Subcontractor (or Team Member) Loaded **Bid** Rate(s) for each respective Contract Direct Labor Onsite and Offsite Category. These loaded **bid** rates must match the Loaded Contract Direct Labor Onsite and Offsite **Bid** Rates from the Prime and Significant Subcontractors' **Exhibit 2A** Workbooks and **Exhibit 2B** Workbooks. The Prime Offeror may modify **Exhibit 1A** to delete or add additional Subcontractor columns, if necessary.

- In **Exhibit 1B**, the Prime Offeror shall insert the Prime Loaded **Ceiling** Rate and Subcontractor (or Team Member) Loaded **Ceiling** Rate(s) for each respective Contract Direct Labor Onsite and Offsite Category. These loaded ceiling rates must match the Loaded Contract Direct Labor Onsite and Offsite Ceiling Rates from the Prime and Significant Subcontractors' **Exhibit 2C** Workbooks and **Exhibit 2D** Workbooks. The Prime Offeror may modify **Exhibit 1B** to delete or add additional Subcontractor columns, if necessary.

- Using the respective Prime Offeror loadings specified at the top of **Exhibits 1A and 1B**, the Prime Offeror shall calculate and insert the "Sub Loaded Rate w/Prime Loading" rate for each Subcontractor (or Team Member) by Contract Direct Labor Category. For example, if the Subcontractor's Loaded Rate is $100 and the Prime Offeror's loadings are G&A at 10% and Award Fee at 8%, the Sub Loaded Rate w/Prime Loadings rate will be $118.80 [($100 * 110%) * 108%].

- For each Contract Direct Labor Category in **Exhibits 1A and 1B**, the Prime Offeror shall insert the percentage of anticipated effort to be performed by the Prime and each Subcontractor (or Team Member). The Prime plus all Subcontractors Percent of Effort must total 100% for each Contract Direct Labor Category.

- The Prime Offeror shall then add the results of multiplying the respective Percent of Effort against the Prime Loaded Rate and each Sub Loaded Rate w/Prime Loading Rate(s) to derive at the Total Composite Contract (Prime/Sub) Loaded Rate for each Contract Direct Labor Category in **Exhibits 1A and 1B**.

The Total Composite Contract (Prime/Sub) Loaded Rates in Exhibits 1A

and 1B for each Contract Direct Labor Category will be applied against an established Government direct labor hour pricing model, which is Source Selection Sensitive.

(c) OFFEROR TO CONTRACT DIRECT LABOR CONVERSION

Offerors and Significant Subcontractors (or Team Members) shall complete **Exhibits 2A and 2B**, Offeror to Contract Direct Labor Conversion - Onsite and Offsite Bid Rates, and **Exhibits 2C and 2D**, Offeror to Contract Direct Labor Conversion - Onsite and Offsite Ceiling Rates. These exhibits show how the Offeror's and Significant Subcontractors' individual direct labor categories/rates are proportioned and converted to the Contract Direct Labor Categories/Rates. These exhibits summarize the unburdened direct labor rates, indirect rates, and award fee rate used to derive each Loaded Contract Direct Labor Category Rate.

The Loaded Contract Direct Labor Rates derived in **Exhibits 2A and 2B** must match the Prime Loaded Rates and Subcontractor Loaded Rates used in **Exhibits 1A**, "Contract Direct Labor Loaded Rates and Percent of Effort - Bid Rates." The Loaded Contract Direct Labor Rates derived in **Exhibits 2C and 2D** must match the Prime Loaded Rates and Subcontractor Loaded Rates used in **Exhibits 1B**, "Contract Direct Labor Loaded Rates and Percent of Effort - Ceiling Rates."

(d) FRINGE BENEFITS

As addressed in the Mission Suitability Proposal instructions (Subfactor C), the offeror shall provide a breakdown of salaries/wages, along with an itemization of benefits that require employee contributions and the amount of that contribution as a percentage of the total cost of the benefit in **Exhibits 3A and 3B**, "Fringe Benefits." Two exhibits shall be submitted, one containing the average of fringe benefit information for all the exempt labor categories (Exhibit 3A) and one containing the average of fringe benefit information for all the non-exempt labor categories (Exhibit 3B).

(e) INDIRECT CEILING RATES

The contract schedule of this RFP contains terms that limit reimbursement for indirect expense rates. Your cost proposal must clearly state the ceiling rate proposed for each of the offeror's indirect expense pools that apply to the performance of this effort.

For all indirect rates and factors, offerors must provide: a narrative that contains a complete explanation of the bases that the rates and factors are being applied to in the cost proposal; cost

## M.1 EVALUATION OF COMPENSATION FOR PROFESSIONAL EMPLOYEES (52.222-46) (FEB 1993)

(a) Recompetition of service contracts may in some cases result in lowering the compensation (salaries and fringe benefits) paid or furnished professional employees. This lowering can be detrimental in obtaining the quality of professional services needed for adequate contract performance. It is therefore in the Government's best interest that professional employees, as defined in 29 CFR 541, be properly and fairly compensated. As a part of their proposals, offerors will submit a total compensation plan setting forth salaries and fringe benefits proposed for the professional employees who will work under the contract. The Government will evaluate the plan to assure that it reflects a sound management approach and understanding of the contract requirements. This evaluation will include an assessment of the offeror's ability to provide uninterrupted high-quality work. The professional compensation proposed will be considered in terms of its impact upon recruiting and retention, its realism, and its consistency with a total plan for compensation. Supporting information will include data, such as recognized national and regional compensation surveys and studies of professional, public and private organizations, used in establishing the total compensation structure.

(b) The compensation levels proposed should reflect a clear understanding of work to be performed and should indicate the capability of the proposed compensation structure to obtain and keep suitably qualified personnel to meet mission objectives. The salary rates or ranges must take into account differences in skills, the complexity of various disciplines, and professional job difficulty. Additionally, proposals envisioning compensation levels lower than those of predecessor contractors for the same work will be evaluated on the basis of maintaining program continuity, uninterrupted high-quality work, and availability of required competent professional service employees. Offerors are cautioned that lowered compensation for essentially the same professional work may indicate lack of sound management judgment and lack of understanding of the requirement.

(c) The Government is concerned with the quality and stability of the work force to be employed on this contract. Professional compensation that is unrealistically low or not in reasonable relationship to the various job categories, since it may impair the Contractor's ability to attract and retain competent professional service employees, may be viewed as evidence of failure to comprehend the complexity of the contract requirements.

**2. Evaluation Factors and Subfactors**

The evaluation factors are Mission Suitability, Cost/Price, and Past Performance. These factors, as described at NFS 1815.304-70, will be used to evaluate each proposal. This Section M provides a further description for each evaluation factor, inclusive of subfactors. Only the Mission Suitability factor is numerically scored.

**3. Relative Order of Importance of Evaluation Factors**

The Cost Factor is significantly less important than the combined importance of the Mission Suitability Factor and the Past Performance factor. As individual factors, the Cost Factor is less important than the Mission Suitability Factor but more important than the Past Performance Factor.

(End of provision)

## M.4 MISSION SUITABILITY FACTOR

**1. Mission Suitability Subfactors and Description of Each Subfactor**

**SUBFACTOR A - Understanding Requirements of Statement of Work**

This subfactor will be used to determine how thoroughly the offeror understands the needs and objectives of the technical requirements. The Government will evaluate the offeror's understanding and technical approach to meet the needs, technical difficulties, and objectives of the Statement of Work (SOW). The Government will evaluate the effectiveness of the offeror's proposed techniques and procedures. The Government will evaluate the response to all functions and sub-functions of the SOW for completeness, thoroughness, and soundness.

The Government will evaluate the adequacy of proposed risk management techniques.

**SUBFACTOR B - Technical Approach to Representative Task Orders**

The offeror's response to all the Representative Task Orders (RTOs), presented in Section L of the RFP, will serve as a basis for the evaluation of how the offeror will carry out specific tasks associated with the SOW. The offeror will be evaluated on how it will implement and staff the RTOs.

The Government will evaluate the offeror on how well it demonstrates an understanding of the task's objectives and problems.

In the evaluation of the RTOs, the Government will consider the following:

- o Thoroughness of the offeror's response to the RTO including technical approach and schedule;
- o Realism of proposed staffing plan, including skill mix and level of staffing needed to accomplish the objectives;
- o Realism of additional resources necessary to successfully complete the task;
- o Completeness and accuracy in the identification of critical issues, including risk identification and mitigation, and reasonableness of the basis for any proposed assumptions.

**SUBFACTOR C - Management Plan**

Under this subfactor, the Government will evaluate the adequacy of the offeror's organization structure, polices, procedures and techniques proposed to manage the work associated with the contract.

The offeror's delineation of proposed management interaction with GSFC personnel will be evaluated for clarity and effectiveness.

The Government will evaluate proposed critical positions, the rationale justifying each position as critical and the qualifications for each critical position for effectiveness.

The offeror's statement of responsibilities and authorities of each manager and description of such elements as span of control, degree of autonomy, and lines of communication will be evaluated for clarity, efficiency, and effectiveness.

The Government will evaluate the adequacy of the offeror's process for resolving priority conflicts.

The Government will evaluate the adequacy of the offeror's task order management system and processes for the ability to respond quickly and efficiently to the requirements of this procurement.

The Government will evaluate the effectiveness of the offeror's proposed processes to manage multiple tasks in performance-based contracting environment.

The Government will consider the adequacy of the offeror's special considerations or processes used for ensuring the effectiveness and efficient assumption of work performed by another contractor.

The Government will evaluate the adequacy of the proposed property management system.

The Government will evaluate the offeror's basis for subcontracting and/or other teaming or advisory arrangements and the management procedures for monitoring and controlling those arrangements.

The offeror will be evaluated on the reasonableness and extent of the functional split of responsibilities between the prime and subcontractors.

The offeror will be evaluated on their proposed plan for developing/educating small business subcontractors who specialize in engineering disciplines.

The offeror will be evaluated on the effectiveness and efficiency of its plan for identifying and addressing any problems that arise as a result of the proposed organizational structure or poor and/or non-performance of subcontracted portions of the contract.

The government will evaluate the availability of the offeror's resources including: staffing, corporate support, facilities and equipment.

The offeror's Mission Assurance Plan will be evaluated for completeness. The offeror's compliance with ISO standards identified in the SOW and Clause E.6 will be evaluated to ensure compliance is integrated into the offeror's Mission Assurance Plan. The offeror's procedures for implementing its' Quality Management System will be evaluated to ensure that the organization's methods are adequate. The offeror's methodology for continuous improvement, process performance measurements, and any other corporate process initiatives will be evaluated to determine if the offeror is continually evaluating its own performance to ensure quality services are provided.

The Phase-In Plan will be evaluated for completeness, reasonableness, efficiency, effectiveness, and level of detail that demonstrates the

offeror's ability to assume full responsibility for contract performance 30 days after the phase-in period begins. The risks to the Government beyond what can be reasonably expected in a transition period will be assessed for reasonableness.

The Government will evaluate the effectiveness of the offeror's approach of using award fee as an incentive to maximize performance during the contract period, if any.

The offeror's plan for staffing a qualified workforce will be evaluated based on the ability to meet contract needs in a timely manner. The plan for any incumbent capture and the basis for this rate will be evaluated for reasonableness and consistency with other parts of the proposal. The offeror's ability to provide any necessary support to perform under the resultant contract, respond to critical requirements, and staff new requirements from existing resources and from outside sources will be evaluated for reasonableness.

The offeror's overall plan for maintaining and augmenting a staff to meet on-going contract requirements will be evaluated for reasonableness. In addition, the Government will evaluate the effectiveness of the offeror's policies and incentives, which contribute to the proposed incumbent capture rate, employee retention, morale, and productivity.

The offeror will be evaluated on its capability to provide adequate critical facilities and equipment needed to perform the requirements of the SOW. The offeror's plan for providing facilities for off-site personnel will be evaluated for effectiveness in meeting the SOW requirements.

The Government will review the offeror's total compensation plan to determine if it reflects a sound management approach and understanding of the contract requirements. The total compensation plan will be evaluated for the offeror's ability to provide uninterrupted high-quality work. The total compensation plan proposed will be evaluated for its expected impact on recruiting and retention, its realism, and its consistency with a total plan for compensation.

Because of the possible effect on the offeror's ability to retain a competent workforce, a total compensation plan that is unrealistically low or not in reasonable relationship to the various labor categories, may be viewed as evidence of failure to comprehend the complexity of the contract requirements.

**SUBFACTOR D - Safety and Health**

The Government will evaluate the adequacy of the offeror's Safety & Health Plan to ensure:

- Supplies and services are furnished in a safe and healthful manner;
- Products are developed, produced, and/or delivered to NASA in a safe and successful manner consistent with their intended use;
- Responsiveness to handling of items in accordance with Clauses I.4 and I.5; and
- Compliance with NPR 8715.3 and NFS 1852.223-73.

**2. Weights and Scoring**

In accordance with NFS 1815.304-70(b)(1), the Mission Suitability factor will be weighted and scored on a 1000 point scale.

The weights (points) associated with each Mission Suitability subfactor are as follows:

| SUBFACTOR - TITLE | POINTS |
|---|---|
| Subfactor A - Understanding the Requirements of SOW | 300 |
| Subfactor B - Technical Approach to RTOs | 300 |
| Subfactor C - Management Plan | 350 |
| Subfactor D - Safety and Health | 50 |
| TOTAL | 1000 |

The Mission Suitability subfactors and the total Mission Suitability factor will be evaluated using the adjectival rating, definitions and percentile ranges at NFS 1815.305(a)(3)(A). The maximum points available for each subfactor will be multiplied by the assessed percent for each subfactor to derive the score for the particular subfactor. For example, if a subfactor has possible 200 points and receives a percent rating 80, then the score for that subfactor would be 160 points.

(End of text)

**3. Adjustment for Cost Realism**

The Mission Suitability score will be adjusted based on the degree of cost realism. This will be done on a structured basis as follows:

| Percentage Difference between Proposed and Probable RTO Costs (Exclusive of fee and indirect ceiling rate impacts) | Mission Suitability Point Adjustment |
|---|---|
| +/- 10.99% | -0 |
| +/-11% to 20.99% | -50 |
| +/- 21% to 30.99% | -100 |
| +/- 31% to 40.99% | -150 |
| +/- 41% or more | -200 |

This adjustment is in addition to any finding(s) already reflected under Mission Suitability concerning the inadequacy of resources, cost or otherwise, prior to the cost realism adjustment.

(End of text)

**M.5 COST EVALUATION FACTOR**

The cost evaluation will be conducted in accordance with FAR 15.305(a)(1) and NFS 1815.305(a)(1)(B) and (C).

Offerors should refer to FAR 2.101(b) for a definition of "cost realism" and to FAR 15.404-1(d) for a discussion of "cost realism analysis" and "probable cost". The terms "proposed and probable cost" are exclusive of fee. Any proposed fee is not adjusted in the probable cost assessment.

Overall Proposed Contract Cost (Government Pricing Model)
The Total Composite Contract (Prime/Sub) Loaded Rate for each Contract Direct Labor Category in Exhibits 1A (Bid Rates) and 1B (Ceiling Rates) will be applied against an established Government direct labor hour pricing model, which is Source Selection Sensitive. This will be the basis for the Government's evaluation of total proposed and probable cost. A cost realism analysis will be performed on this overall proposed contract cost (Government Pricing Model). This cost realism analysis will not be subject to a Mission Suitability point score adjustment. The Government will use proposed ceilings in Clause B.3, Limitation of Indirect Costs, in determining the total contract probable cost (Government Pricing Model).

Representative Task Orders (RTOs)
A cost realism analysis will also be performed on the overall cost proposed for the four Representative Task Orders (RTOs). The RTOs' cumulative cost realism analysis results will be subject to a Mission Suitability point score adjustment. The adjustment will be based on the percentage difference between proposed and probable cumulative RTO costs only (excluding fee). The Government will not use proposed ceilings in Clause B.3, Limitation of Indirect Costs, in determining the probable cost of the RTOs.

Phase-In Price & Contract Direct Labor Loaded Rates
The proposed firm fixed price phase-in price will be evaluated for reasonableness. Also, the Contract Direct Labor Loaded Rates proposed in Exhibits 2A, 2B, 2C, and 2D (labor, overhead, other indirects and fee) will be evaluated for reasonableness.

The following cost evaluation information will be presented to the Source Selection Authority:

a. Total Contract Proposed and Probable Cost (Government Pricing Model): The Offeror's total proposed pricing (including proposed fee), based on the application of the Government's estimated hours to the Offeror's total composite contract (prime/sub) loaded rates that were proposed in Exhibits 1A and 1B (Bid Rates and Ceiling Rates).

b. The Offeror's Firm Fixed-Price Phase-In Price.

(End of text)

## M. 6 PAST PERFORMANCE EVALUATION FACTOR

The Past Performance factor will evaluate each offeror's record (including the record of any significant subcontractors and/or teaming partners) of performing services or delivering products that are similar in size, content, and complexity to the requirements of this solicitation. The adjective rating assigned to Past Performance (see below) will reflect consideration of information contained in the written narrative, past performance evaluation input provided through customer questionnaires, and other references, if any, that the Government may contact for additional past performance information. Offerors without a record of relevant past performance, and for whom information on past performance is not available, shall receive a neutral rating in accordance with FAR 15.305(a)(2)(iv).

Past Performance Ratings - The ratings set forth below will be used to evaluate the Past Performance factor for each offeror.

Each of the adjective ratings below has a "performance" component and a "relevance" component. The following adjectival rating guidelines will be used when assessing both components. In assessing relevance, the Government will consider the degree of similarity in size, content, and complexity to the requirements in this solicitation, as well as how current is the past performance.

In assessing performance, the Government will make an assessment of the offeror's overall performance record. The Government will evaluate the offeror's past performance record for meeting technical, schedule, cost, management, occupational health, safety, security, mission success, subcontracting goals, and other contract requirements. This also includes an evaluation of the Offeror's safety record. Isolated or infrequent problems that were not severe or persistent, and for which the offeror took immediate and appropriate corrective action, may not reduce the offeror's rating. On the other hand, ratings will be reduced when problems were within the contractor's control and were significant, persistent, or frequent, or when there is a pattern of problems or a negative trend of performance.

**Excellent** - Of exceptional merit; exemplary performance in a timely, efficient, and economical manner; very minor (if any) problems with no adverse effect on overall performance; and experience that is highly relevant to this procurement. Based on the offeror's performance record, essentially no doubt exists that the offeror will successfully perform the required effort.

**Very Good** - Very effective performance; fully responsive to contract requirements; contract requirements accomplished in a timely, efficient, and economical manner for the most part; only minor problems with little identifiable effect on overall performance; and experience is very relevant to this procurement. Based on the offeror's performance record, little doubt exists that the offeror will successfully perform the required effort.

**Good** - Effective performance; fully responsive to contract requirements; reportable problems, but with little identifiable effect on overall performance; and experience is relevant to this procurement. Based on the offeror's performance record, some doubt exists that the offeror will successfully perform the required effort.

**Fair** - Meets or slightly exceeds minimum acceptable standards; adequate results; reportable problems with identifiable, but not substantial, effects on overall performance; and experience is at least somewhat relevant to this procurement. Based on the offeror's performance record, substantial doubt exists that the offeror will successfully perform the required effort. Changes to the offeror's existing processes may be necessary in order to achieve contract requirements.

**Poor** - Does not meet minimum acceptable standards in one or more areas; remedial action required in one or more areas; problems in one or more areas which adversely affect overall performance. Based on the offeror's performance record, extreme doubt exists that the offeror will successfully perform the required effort.

**Neutral** - no record of relevant past performance and past performance information is not available.

(End of text)

# RFP EXHIBITS

PRIME OFFE. .: EXAMPLE

NNG05096383JR

# Exhibit 1A - Contract Direct Labor Loaded Rates & Percent of Effort - Bid Rates

Contract Year 1

Identify Prime Offeror Loadings Applied to Subcontractor Loaded Rates: G&A @ 10% and Award Fee @ 8%

| Contract Direct Labor Categories | Prime Offeror | | Subcontractor (Insert Name) | | | Subcontractor (Insert Name) | | | Subcontractor (Insert Name) | | | TOTAL COMPOSITE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prime Loaded Rate* | Percent of Effort | Subcontractor Loaded Rate* | Sub Loaded Rate w/Prime Loading** | Percent of Effort | Subcontractor Loaded Rate* | Sub Loaded Rate w/Prime Loading** | Percent of Effort | Subcontractor Loaded Rate* | Sub Loaded Rate w/Prime Loading** | Percent of Effort | Contract (Prime/Sub) Loaded Rate | Percent of Effort |
| | | | | | | | | | | | | | |
| Quality Eng - Onsite | $129.75 | 60.00% | $120.25 | $142.86 | 20.00% | $133.70 | $158.84 | 10.00% | $123.95 | $147.25 | 10.00% | $137.03 | 100% |
| Quality Eng - Offsite | $138.50 | 50.00% | $139.76 | $166.03 | 25.00% | $144.75 | $171.96 | 15.00% | $130.10 | $154.56 | 10.00% | $152.01 | 100% |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

*Prime or Subcontractor Loaded Bid Rate from Exhibits 2A and 2B

**Subcontractor Loaded Bid Rate from Exhibits 2A and 2B **PLUS** Prime Offeror Loadings (Prime Bid Indirects and Fee)

Exhibit 1A-EXAMPLE

NI 383R

PRIME OFFEROR:

## Exhibit 1A - Contract Direct Labor Loaded Rates & Percent of Effort - *Bid Rates*

Contract Year ____

Identify Prime Offeror Loadings Applied to Subcontractor Loaded Rates: [Insert Element(s) of Cost and Rate(s)]

| Contract Direct Labor Categories | Prime Offeror | | Subcontractor (Insert Name) | | | Subcontractor (Insert Name) | | | Subcontractor (Insert Name) | | | TOTAL COMPOSITE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prime Loaded Rate* | Percent of Effort | Subcontractor Loaded Rate* | Sub Loaded Rate w/Prime Loading** | Percent of Effort | Subcontractor Loaded Rate* | Sub Loaded Rate w/Prime Loading** | Percent of Effort | Subcontractor Loaded Rate* | Sub Loaded Rate w/Prime Loading** | Percent of Effort | Contract (Prime/Sub) Loaded Rate | Percent of Effort |
| Program Manager - Onsite | | | | | | | | | | | | | 100% |
| Program Manager - Offsite | | | | | | | | | | | | | 100% |
| Chief Engineer - Onsite | | | | | | | | | | | | | 100% |
| Chief Engineer - Offsite | | | | | | | | | | | | | 100% |
| Sr. Project Staff Engineer - Onsite | | | | | | | | | | | | | 100% |
| Sr. Project Staff Engineer - Offsite | | | | | | | | | | | | | 100% |
| Sr. Structural Dynamics Eng - Onsite | | | | | | | | | | | | | 100% |
| Sr. Structural Dynamics Eng - Offsite | | | | | | | | | | | | | 100% |
| Structural Dynamics Eng - Onsite | | | | | | | | | | | | | 100% |
| Structural Dynamics Eng - Offsite | | | | | | | | | | | | | 100% |
| Sr. Stress Analysis Eng - Onsite | | | | | | | | | | | | | 100% |
| Sr. Stress Analysis Eng - Offsite | | | | | | | | | | | | | 100% |
| Stress Analysis Engineer - Onsite | | | | | | | | | | | | | 100% |
| Stress Analysis Engineer - Offsite | | | | | | | | | | | | | 100% |
| Jr. Mechanical Engineer - Onsite | | | | | | | | | | | | | 100% |
| Jr. Mechanical Engineer - Offsite | | | | | | | | | | | | | 100% |
| Senior Thermal Engineer - Onsite | | | | | | | | | | | | | 100% |
| Senior Thermal Engineer - Offsite | | | | | | | | | | | | | 100% |
| Thermal Engineer - Onsite | | | | | | | | | | | | | 100% |
| Thermal Engineer - Offsite | | | | | | | | | | | | | 100% |
| Jr. Thermal Engineer - Onsite | | | | | | | | | | | | | 100% |
| Jr. Thermal Engineer - Offsite | | | | | | | | | | | | | 100% |
| Contamination Engineer - Onsite | | | | | | | | | | | | | 100% |
| Contamination Engineer - Offsite | | | | | | | | | | | | | 100% |
| Jr. Contamination Eng - Onsite | | | | | | | | | | | | | 100% |
| Jr. Contamination Eng - Offsite | | | | | | | | | | | | | 100% |
| Thermal Coatings Eng - Onsite | | | | | | | | | | | | | 100% |
| Thermal Coatings Eng - Offsite | | | | | | | | | | | | | 100% |
| Thermal Development Eng - Onsite | | | | | | | | | | | | | 100% |
| Thermal Development Eng - Offsite | | | | | | | | | | | | | 100% |
| Senior Systems Analyst - Onsite | | | | | | | | | | | | | 100% |
| Senior Systems Analyst - Offsite | | | | | | | | | | | | | 100% |
| Sr. Systems Safety Eng - Onsite | | | | | | | | | | | | | 100% |
| Sr. Systems Safety Eng - Offsite | | | | | | | | | | | | | 100% |
| Sr. Mechanical Systems Eng - Onsite | | | | | | | | | | | | | 100% |
| Sr. Mechanical Systems Eng - Offsite | | | | | | | | | | | | | 100% |
| Mechanical Systems Eng - Onsite | | | | | | | | | | | | | 100% |
| Mechanical Systems Eng - Offsite | | | | | | | | | | | | | 100% |
| Sr. Mechanical Designer - Onsite | | | | | | | | | | | | | 100% |
| Sr. Mechanical Designer - Offsite | | | | | | | | | | | | | 100% |
| Mechanical Designer - Onsite | | | | | | | | | | | | | 100% |
| Mechanical Designer - Offsite | | | | | | | | | | | | | 100% |
| Jr. Mechanical Designer - Onsite | | | | | | | | | | | | | 100% |
| Jr. Mechanical Designer - Offsite | | | | | | | | | | | | | 100% |
| Engineering Analysis Tech - Onsite | | | | | | | | | | | | | 100% |
| Engineering Analysis Tech - Offsite | | | | | | | | | | | | | 100% |
| Engineering Technical Writer - Onsite | | | | | | | | | | | | | 100% |
| Engineering Technical Writer - Offsite | | | | | | | | | | | | | 100% |

*Prime or Subcontractor Loaded Bid Rate from Exhibits 2A and 2B

**Subcontractor Loaded Bid Rate from Exhibits 2A and 2B **PLUS** Prime Offeror Loadings (Prime Bid Indirects and Fee)

MS … 6383R

| Contract Direct Labor Categories | Prime Offeror | | Subcontractor (Insert Name) | | | Subcontractor (Insert Name) | | | Subcontractor (Insert Name) | | | TOTAL COMPOSITE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prime Loaded Rate* | Percent of Effort | Subcontractor Loaded Rate* | Sub Loaded Rate w/Prime Loading** | Percent of Effort | Subcontractor Loaded Rate* | Sub Loaded Rate w/Prime Loading** | Percent of Effort | Subcontractor Loaded Rate* | Sub Loaded Rate w/Prime Loading** | Percent of Effort | Contract (Prime/Sub) Loaded Rate | Percent of Effort |
| Electronic Technician - Onsite | | | | | | | | | | | | | 100% |
| Electronic Technician - Offsite | | | | | | | | | | | | | 100% |
| Configuration Mgmt Specialist - Onsite | | | | | | | | | | | | | 100% |
| Configuration Mgmt Specialist - Offsite | | | | | | | | | | | | | 100% |
| Mechanical Technician - Onsite | | | | | | | | | | | | | 100% |
| Mechanical Technician - Offsite | | | | | | | | | | | | | 100% |
| Technical Typist - Onsite | | | | | | | | | | | | | 100% |
| Technical Typist - Offsite | | | | | | | | | | | | | 100% |
| Systems Engineer - Onsite | | | | | | | | | | | | | 100% |
| Systems Engineer - Offsite | | | | | | | | | | | | | 100% |
| Sr. Systems Engineer - Onsite | | | | | | | | | | | | | 100% |
| Sr. Systems Engineer - Offsite | | | | | | | | | | | | | 100% |
| Guidance, Navigation & Control Eng - Onsite | | | | | | | | | | | | | 100% |
| Guidance, Navigation & Control Eng - Offsite | | | | | | | | | | | | | 100% |
| Ground Systems Engineer - Onsite | | | | | | | | | | | | | 100% |
| Ground Systems Engineer - Offsite | | | | | | | | | | | | | 100% |
| Command & Data Handling Eng - Onsite | | | | | | | | | | | | | 100% |
| Command & Data Handling Eng - Offsite | | | | | | | | | | | | | 100% |
| Cryogenics Engineer - Onsite | | | | | | | | | | | | | 100% |
| Cryogenics Engineer - Offsite | | | | | | | | | | | | | 100% |
| Detector Instrument Engineer - Onsite | | | | | | | | | | | | | 100% |
| Detector Instrument Engineer - Offsite | | | | | | | | | | | | | 100% |
| Detector Technician - Onsite | | | | | | | | | | | | | 100% |
| Detector Techinican - Offsite | | | | | | | | | | | | | 100% |
| Optical Analyst - Onsite | | | | | | | | | | | | | 100% |
| Optical Analyst - Offsite | | | | | | | | | | | | | 100% |
| Electro-Optical Engineer - Onsite | | | | | | | | | | | | | 100% |
| Electro-Optical Engineer - Offsite | | | | | | | | | | | | | 100% |
| Packaging Engineer - Onsite | | | | | | | | | | | | | 100% |
| Packaging Engineer - Offsite | | | | | | | | | | | | | 100% |
| Flight Software Engineer - Onsite | | | | | | | | | | | | | 100% |
| Flight Software Engineer - Offsite | | | | | | | | | | | | | 100% |
| Sr. Flight Software Engineer - Onsite | | | | | | | | | | | | | 100% |
| Sr. Flight Software Engineer - Offsite | | | | | | | | | | | | | 100% |
| Flight Operations Systems Eng - Onsite | | | | | | | | | | | | | 100% |
| Flight Operations Systems Eng - Offsite | | | | | | | | | | | | | 100% |
| Jr. Software Engineer - Onsite | | | | | | | | | | | | | 100% |
| Jr. Software Engineer - Offsite | | | | | | | | | | | | | 100% |
| Software Engineer - Onsite | | | | | | | | | | | | | 100% |
| Software Engineer - Offsite | | | | | | | | | | | | | 100% |
| Sr. Software Engineer - Onsite | | | | | | | | | | | | | 100% |
| Sr. Software Engineer - Offsite | | | | | | | | | | | | | 100% |
| Sr. Electrical Engineer - Onsite | | | | | | | | | | | | | 100% |
| Sr. Electrical Engineer - Offsite | | | | | | | | | | | | | 100% |
| Electrical Eng (Analog Electronics) - Onsite | | | | | | | | | | | | | 100% |
| Electrical Eng (Analog Electronics) - Offsite | | | | | | | | | | | | | 100% |
| Electrical Eng (Digital Electronics) - Onsite | | | | | | | | | | | | | 100% |
| Electrical Eng (Digital Electronics) - Offsite | | | | | | | | | | | | | 100% |
| Sr. Electromechanical Sys Eng - Onsite | | | | | | | | | | | | | 100% |
| Sr. Electromechanical Sys Eng - Offsite | | | | | | | | | | | | | 100% |
| Electromechanical Systems Eng - Onsite | | | | | | | | | | | | | 100% |
| Electromechanical Systems Eng - Offsite | | | | | | | | | | | | | 100% |

*Prime or Subcontractor Loaded Bid Rate from Exhibits 2A and 2B
**Subcontractor Loaded Bid Rate from Exhibits 2A and 2B **PLUS** Prime Offeror Loadings (Prime Bid Indirects and Fee)

Exhibit 1A

| Contract Direct Labor Categories | Prime Offeror | | Subcontractor (Insert Name) | | | Subcontractor (Insert Name) | | | Subcontractor (Insert Name) | | | TOTAL COMPOSITE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prime Loaded Rate* | Percent of Effort | Subcontractor Loaded Rate* | Sub Loaded Rate w/Prime Loading** | Percent of Effort | Subcontractor Loaded Rate* | Sub Loaded Rate w/Prime Loading** | Percent of Effort | Subcontractor Loaded Rate* | Sub Loaded Rate w/Prime Loading** | Percent of Effort | Contract (Prime/Sub) Loaded Rate | Percent of Effort |
| Senior Test and Integration Eng - Onsite | | | | | | | | | | | | | 100% |
| Senior Test and Integration Eng - Offsite | | | | | | | | | | | | | 100% |
| Test and Integration Eng - Onsite | | | | | | | | | | | | | 100% |
| Test and Integration Eng - Offsite | | | | | | | | | | | | | 100% |
| Test and Integration Technician - Onsite | | | | | | | | | | | | | 100% |
| Test and Integration Technician - Offsite | | | | | | | | | | | | | 100% |
| Manufacturing Engineer - Onsite | | | | | | | | | | | | | 100% |
| Manufacturing Engineer - Offiste | | | | | | | | | | | | | 100% |
| Sr. Product Assurance Engineer - Onsite | | | | | | | | | | | | | 100% |
| Sr. Product Assurance Engineer - Offsite | | | | | | | | | | | | | 100% |
| Quality Assurance Specialist - Onsite | | | | | | | | | | | | | 100% |
| Quality Assurance Specialist - Offsite | | | | | | | | | | | | | 100% |
| Computer Systems Engineer - Onsite | | | | | | | | | | | | | 100% |
| Computer Systems Engineer - Offsite | | | | | | | | | | | | | 100% |
| Radiation Engineer - Onsite | | | | | | | | | | | | | 100% |
| Radiation Engineer - Offsite | | | | | | | | | | | | | 100% |
| Radiation Technician - Onsite | | | | | | | | | | | | | 100% |
| Radiation Technician - Offsite | | | | | | | | | | | | | 100% |
| Reliability Engineer - Onsite | | | | | | | | | | | | | 100% |
| Reliability Engineer - Offsite | | | | | | | | | | | | | 100% |
| Parts Engineer - Onsite | | | | | | | | | | | | | 100% |
| Parts Engineer - Offsite | | | | | | | | | | | | | 100% |
| Materials Engineer - Onsite | | | | | | | | | | | | | 100% |
| Materials Engineer - Offsite | | | | | | | | | | | | | 100% |

NOTE:
Onsite - Government Facility
Offsite - Contractor Facility

*Prime or Subcontractor Loaded Bid Rate from Exhibits 2A and 2B
**Subcontractor Loaded Bid Rate from Exhibits 2A and 2B PLUS Prime Offeror Loadings (Prime Bid Indirects and Fee)

Exhibit 1A

NNG05096383R

PRIME OFFEROR:

## Exhibit 1B - Contract Direct Labor Loaded Rates & Percent of Effort - *Ceiling Rates*

Contract Year ____

Identify Prime Offeror Loadings Applied to Subcontractor Loaded Rates: [Insert Element(s) of Cost and Rate(s)]

| Contract Direct Labor Categories | Prime Offeror | | Subcontractor (Insert Name) | | | Subcontractor (Insert Name) | | | Subcontractor (Insert Name) | | | TOTAL COMPOSITE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prime Loaded Rate* | Percent of Effort | Subcontractor Loaded Rate* | Sub Loaded Rate w/Prime Loading** | Percent of Effort | Subcontractor Loaded Rate* | Sub Loaded Rate w/Prime Loading** | Percent of Effort | Subcontractor Loaded Rate* | Sub Loaded Rate w/Prime Loading** | Percent of Effort | Contract (Prime/Sub) Loaded Rate | Percent of Effort |
| Program Manager - Onsite | | | | | | | | | | | | | 100% |
| Program Manager - Offsite | | | | | | | | | | | | | 100% |
| Chief Engineer - Onsite | | | | | | | | | | | | | 100% |
| Chief Engineer - Offsite | | | | | | | | | | | | | 100% |
| Sr. Project Staff Engineer - Onsite | | | | | | | | | | | | | 100% |
| Sr. Project Staff Engineer - Offsite | | | | | | | | | | | | | 100% |
| Sr. Structural Dynamics Eng - Onsite | | | | | | | | | | | | | 100% |
| Sr. Structural Dynamics Eng - Offsite | | | | | | | | | | | | | 100% |
| Structural Dynamics Eng - Onsite | | | | | | | | | | | | | 100% |
| Structural Dynamics Eng - Offsite | | | | | | | | | | | | | 100% |
| Sr. Stress Analysis Eng - Onsite | | | | | | | | | | | | | 100% |
| Sr. Stress Analysis Eng - Offsite | | | | | | | | | | | | | 100% |
| Stress Analysis Engineer - Onsite | | | | | | | | | | | | | 100% |
| Stress Analysis Engineer - Offsite | | | | | | | | | | | | | 100% |
| Jr. Mechanical Engineer - Onsite | | | | | | | | | | | | | 100% |
| Jr. Mechanical Engineer - Offsite | | | | | | | | | | | | | 100% |
| Senior Thermal Engineer - Onsite | | | | | | | | | | | | | 100% |
| Senior Thermal Engineer - Offsite | | | | | | | | | | | | | 100% |
| Thermal Engineer - Onsite | | | | | | | | | | | | | 100% |
| Thermal Engineer - Offsite | | | | | | | | | | | | | 100% |
| Jr. Thermal Engineer - Onsite | | | | | | | | | | | | | 100% |
| Jr. Thermal Engineer - Offsite | | | | | | | | | | | | | 100% |
| Contamination Engineer - Onsite | | | | | | | | | | | | | 100% |
| Contamination Engineer - Offsite | | | | | | | | | | | | | 100% |
| Jr. Contamination Eng - Onsite | | | | | | | | | | | | | 100% |
| Jr. Contamination Eng - Offsite | | | | | | | | | | | | | 100% |
| Thermal Coatings Eng - Onsite | | | | | | | | | | | | | 100% |
| Thermal Coatings Eng - Offsite | | | | | | | | | | | | | 100% |
| Thermal Development Eng - Onsite | | | | | | | | | | | | | 100% |
| Thermal Development Eng - Offsite | | | | | | | | | | | | | 100% |
| Senior Systems Analyst - Onsite | | | | | | | | | | | | | 100% |
| Senior Systems Analyst - Offsite | | | | | | | | | | | | | 100% |
| Sr. Systems Safety Eng - Onsite | | | | | | | | | | | | | 100% |
| Sr. Systems Safety Eng - Offsite | | | | | | | | | | | | | 100% |
| Sr. Mechanical Systems Eng - Onsite | | | | | | | | | | | | | 100% |
| Sr. Mechanical Systems Eng - Offsite | | | | | | | | | | | | | 100% |
| Mechanical Systems Eng - Onsite | | | | | | | | | | | | | 100% |
| Mechanical Systems Eng - Offsite | | | | | | | | | | | | | 100% |
| Sr. Mechanical Designer - Onsite | | | | | | | | | | | | | 100% |
| Sr. Mechanical Designer - Offsite | | | | | | | | | | | | | 100% |
| Mechanical Designer - Onsite | | | | | | | | | | | | | 100% |
| Mechanical Designer - Offsite | | | | | | | | | | | | | 100% |
| Jr. Mechanical Designer - Onsite | | | | | | | | | | | | | 100% |
| Jr. Mechanical Designer - Offsite | | | | | | | | | | | | | 100% |
| Engineering Analysis Tech - Onsite | | | | | | | | | | | | | 100% |
| Engineering Analysis Tech - Offsite | | | | | | | | | | | | | 100% |
| Engineering Technical Writer - Onsite | | | | | | | | | | | | | 100% |
| Engineering Technical Writer - Offsite | | | | | | | | | | | | | 100% |

*Prime or Subcontractor Loaded Bid Rate from Exhibits 2A and 2B

**Subcontractor Loaded Bid Rate from Exhibits 2A and 2B PLUS Prime Offeror Loadings (Prime Bid Indirects and Fee)

| Contract Direct Labor Categories | fferor | | Subc( | (Insert | | ontract | t Name | | Sub | or (Ins | a) | L COM | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prime Loaded Rate* | Percent of Effort | Subcontractor Loaded Rate* | Sub Loaded Rate w/Prime Loading** | Percent of Effort | Subcontractor Loaded Rate* | Sub Loaded Rate w/Prime Loading** | Percent of Effort | Subcontractor Loaded Rate* | Sub Loaded Rate w/Prime Loading** | Percent of Effort | Contract (Prime/Sub) Loaded Rate | Percent of Effort |
| Electronic Technician - Onsite | | | | | | | | | | | | | 100% |
| Electronic Technician - Offsite | | | | | | | | | | | | | 100% |
| Configuration Mgmt Specialist - Onsite | | | | | | | | | | | | | 100% |
| Configuration Mgmt Specialist - Offsite | | | | | | | | | | | | | 100% |
| Mechanical Technician - Onsite | | | | | | | | | | | | | 100% |
| Mechanical Technician - Offsite | | | | | | | | | | | | | 100% |
| Technical Typist - Onsite | | | | | | | | | | | | | 100% |
| Technical Typist - Offsite | | | | | | | | | | | | | 100% |
| Systems Engineer - Onsite | | | | | | | | | | | | | 100% |
| Systems Engineer - Offsite | | | | | | | | | | | | | 100% |
| Sr. Systems Engineer - Onsite | | | | | | | | | | | | | 100% |
| Sr. Systems Engineer - Offsite | | | | | | | | | | | | | 100% |
| Guidance, Navigation & Control Eng - Onsite | | | | | | | | | | | | | 100% |
| Guidance, Navigation & Control Eng - Offsite | | | | | | | | | | | | | 100% |
| Ground Systems Engineer - Onsite | | | | | | | | | | | | | 100% |
| Ground Systems Engineer - Offsite | | | | | | | | | | | | | 100% |
| Command & Data Handling Eng - Onsite | | | | | | | | | | | | | 100% |
| Command & Data Handling Eng - Offsite | | | | | | | | | | | | | 100% |
| Cryogenics Engineer - Onsite | | | | | | | | | | | | | 100% |
| Cryogenics Engineer - Offsite | | | | | | | | | | | | | 100% |
| Detector Instrument Engineer - Onsite | | | | | | | | | | | | | 100% |
| Detector Instrument Engineer - Offsite | | | | | | | | | | | | | 100% |
| Detector Technician - Onsite | | | | | | | | | | | | | 100% |
| Detector Techinican - Offsite | | | | | | | | | | | | | 100% |
| Optical Analyst - Onsite | | | | | | | | | | | | | 100% |
| Optical Analyst - Offsite | | | | | | | | | | | | | 100% |
| Electro-Optical Engineer - Onsite | | | | | | | | | | | | | 100% |
| Electro-Optical Engineer - Offsite | | | | | | | | | | | | | 100% |
| Packaging Engineer - Onsite | | | | | | | | | | | | | 100% |
| Packaging Engineer - Offsite | | | | | | | | | | | | | 100% |
| Flight Software Engineer - Onsite | | | | | | | | | | | | | 100% |
| Flight Software Engineer - Offsite | | | | | | | | | | | | | 100% |
| Sr. Flight Software Engineer - Onsite | | | | | | | | | | | | | 100% |
| Sr. Flight Software Engineer - Offsite | | | | | | | | | | | | | 100% |
| Flight Operations Systems Eng - Onsite | | | | | | | | | | | | | 100% |
| Flight Operations Systems Eng - Offsite | | | | | | | | | | | | | 100% |
| Jr. Software Engineer - Onsite | | | | | | | | | | | | | 100% |
| Jr. Software Engineer - Offsite | | | | | | | | | | | | | 100% |
| Software Engineer - Onsite | | | | | | | | | | | | | 100% |
| Software Engineer - Offsite | | | | | | | | | | | | | 100% |
| Sr. Software Engineer - Onsite | | | | | | | | | | | | | 100% |
| Sr. Software Engineer - Offsite | | | | | | | | | | | | | 100% |
| Sr. Electrical Engineer - Onsite | | | | | | | | | | | | | 100% |
| Sr. Electrical Engineer - Offsite | | | | | | | | | | | | | 100% |
| Electrical Eng (Analog Electronics) - Onsite | | | | | | | | | | | | | 100% |
| Electrical Eng (Analog Electronics) - Offsite | | | | | | | | | | | | | 100% |
| Electrical Eng (Digital Electronics) - Onsite | | | | | | | | | | | | | 100% |
| Electrical Eng (Digital Electronics) - Offsite | | | | | | | | | | | | | 100% |
| Sr. Electromechanical Sys Eng - Onsite | | | | | | | | | | | | | 100% |
| Sr. Electromechanical Sys Eng - Offsite | | | | | | | | | | | | | 100% |
| Electromechanical Systems Eng - Onsite | | | | | | | | | | | | | 100% |
| Electromechanical Systems Eng - Offsite | | | | | | | | | | | | | 100% |

*Prime or Subcontractor Loaded Bid Rate from Exhibits 2A and 2B

**Subcontractor Loaded Bid Rate from Exhibits 2A and 2B PLUS Prime Offeror Loadings (Prime Bid Indirects and Fee)

| Contract Direct Labor Categories | Prime Offeror | | Subcontractor (Insert Name) | | | Subcontractor (Insert .e) | | | Subcontractor (Insert Name) | | | TOTAL COMPOSITE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prime Loaded Rate* | Percent of Effort | Subcontractor Loaded Rate* | Sub Loaded Rate w/Prime Loading** | Percent of Effort | Subcontractor Loaded Rate* | Sub Loaded Rate w/Prime Loading** | Percent of Effort | Subcontractor Loaded Rate* | Sub Loaded Rate w/Prime Loading** | Percent of Effort | Contract (Prime/Sub) Loaded Rate | Percent of Effort |
| Senior Test and Integration Eng - Onsite | | | | | | | | | | | | | 100% |
| Senior Test and Integration Eng - Offsite | | | | | | | | | | | | | 100% |
| Test and Integration Eng - Onsite | | | | | | | | | | | | | 100% |
| Test and Integration Eng - Offsite | | | | | | | | | | | | | 100% |
| Test and Integration Technician - Onsite | | | | | | | | | | | | | 100% |
| Test and Integration Technician - Offsite | | | | | | | | | | | | | 100% |
| Manufacturing Engineer - Onsite | | | | | | | | | | | | | 100% |
| Manufacturing Engineer - Offsite | | | | | | | | | | | | | 100% |
| Sr. Product Assurance Engineer - Onsite | | | | | | | | | | | | | 100% |
| Sr. Product Assurance Engineer - Offsite | | | | | | | | | | | | | 100% |
| Quality Assurance Specialist - Onsite | | | | | | | | | | | | | 100% |
| Quality Assurance Specialist - Offsite | | | | | | | | | | | | | 100% |
| Computer Systems Engineer - Onsite | | | | | | | | | | | | | 100% |
| Computer Systems Engineer - Offsite | | | | | | | | | | | | | 100% |
| Radiation Engineer - Onsite | | | | | | | | | | | | | 100% |
| Radiation Engineer - Offsite | | | | | | | | | | | | | 100% |
| Radiation Technician - Onsite | | | | | | | | | | | | | 100% |
| Radiation Technician - Offsite | | | | | | | | | | | | | 100% |
| Reliability Engineer - Onsite | | | | | | | | | | | | | 100% |
| Reliability Engineer - Offsite | | | | | | | | | | | | | 100% |
| Parts Engineer - Onsite | | | | | | | | | | | | | 100% |
| Parts Engineer - Offsite | | | | | | | | | | | | | 100% |
| Materials Engineer - Onsite | | | | | | | | | | | | | 100% |
| Materials Engineer - Offsite | | | | | | | | | | | | | 100% |

NOTE:
Onsite - Government Facility
Offsite - Contractor Facility

*Prime or Subcontractor Loaded Bid Rate from Exhibits 2A and 2B
**Subcontractor Loaded Bid Rate from Exhibits 2A and 2B PLUS Prime Offeror Loadings (Prime Bid Indirects and Fee)

Exhibit 1B

NNG05096383R

Proposing Entity: EXAMPLE

Exhibit 2A

## Offeror to Contract Direct Labor Conversion

### Onsite Bid Rates

Contract Year ______

| Offeror DL Category(s)* to Contract DL Category | Unburdened Direct Labor Rate | | | CY Indirect Rates | | Award Fee Amount 8% | Loaded Contract DL Rate** |
|---|---|---|---|---|---|---|---|
| | Offeror Rate | Portion % | Contract Rate | Overhead $ 60% | G&A $ 10% | | |
| *Fill-in Offeror DL category(s) by title that comprise Contract DL Category** | | | $0.00 | | | | |
| Senior Program Manager | $60.00 | 100% | $60.00 | | | | |
| **Program Manager** | | 100% | $60.00 | $36.00 | $6.00 | $2.88 | $104.88 |
| Senior I&T Engineer | $55.00 | 65% | $35.75 | | | | |
| I&T Engineer | $48.00 | 35% | $16.80 | | | | |
| **Project Integration Manager** | | 100% | $52.55 | $31.53 | $5.26 | $2.52 | $91.86 |

This exhibit contains Source Selection Information. See FAR 3.104

Exhibit 2A-EXAMPLE

# MSES II/ A
# Representative Task Order (RTO) Summary

A set of representative task orders has been assembled to cover key elements of the major SOW content. The purpose of these task orders is to provide the contractor a sampling of the type of tasks to expect under this IDIQ contract. Contractors shall prepare a response to each RTO using the specified criteria in the proposal instructions.

An imaginary Lunar *Optical Observatory (LOO)* Mission structure that will conduct Optical and Spectrometer Measurements was created to provide the context for the RTOs. Most, but not all, of the RTOs apply to some aspect of this imaginary mission. The mission is described in RTO Enclosure 1, the instruments are described in RTO Enclosure 2 and the specifics on the instrument interfaces to the spacecraft are described in RTO Enclosure 3. NASA will not be executing or requesting proposals for a mission of this exact nature, even though RTO Enclosure 3 is modeled from an actual document from another NASA mission currently being evaluated for development. For reference we are using technical information used during the formative stages of the Robotic Lunar Exploration Program, and particularly the Announcement of Opportunity leading to the *LOO* mission.

Each of the MSES RTOs is to be taken as a separate and unrelated problem from each of the other RTOs. **No work, described under the statements of work in these RTOs, is to be performed by the contractor.** The contractor shall prepare a response to each RTO summarized below:

**RTO-1** **Mechanical Systems Engineering and Analysis for LOO Mission**
Focus on mission-level mechanical engineering, spacecraft structural analysis, and instrument STOP analysis.
POP: *2 Years*

**RTO-2** **Precision Scanner for the Lunar Infrared Spectrometer (LIS)**
Focus on detailed mechanism life-cycle design and fabrication, with emphasis on failure modes and effects analysis (FMEA).
POP: *3 Years and 1 month*

**RTO-3** **LOO-LCS Instrument Thermal Control System Design, Analysis, Development, Integration and Testing**
Focus on instrument life-cycle thermal design, analysis, fabrication, integration and testing.
POP: *3 years and 5 months*

**RTO-4** **Contamination and Coatings Support for LOO**
Focus on contamination engineering for a mission, including Contamination Control Plan. Emphasis placed on BRDF analysis, coatings application and molekit analysis.
POP: *4 years and 5 months*

# RTO - 1

**Location:** On-site (Subtask (a)), Off-site *(Subtasks (b) and (c))*

**Task Title:** **Mechanical Systems Engineering and Analysis for LOO Mission**

**Task Background:**
The LOO mission has been selected by NASA HQ for development. GSFC will be responsible for the spacecraft and the selected instruments. The instruments selected are the LLA and the LCS. The LCS instrument is comprised of 3 instruments: the GRS2, the NS2 and the LIS .

PDR will occur in 12 months. The mechanical systems team has been divided into four sub-teams: the Spacecraft, the LLA instrument, the GRS2 and NS2 instruments, and finally the LIS instrument. Each sub-team has a civil servant mechanical lead engineer and a civil servant structural analysis lead engineer. These lead engineers all report to one overall LOO Mission Mechanical Systems Lead Engineer (a civil servant).

After conferring with his sub-team leaders, the Mission Mechanical Lead has determined that considerable contractor support is required to support the mission mechanical development, in order to be ready for PDR in one year. The following key areas have been identified:

a) Mission-level mechanical engineering to integrate all instruments into a viable mission payload.
Contractor support will be used to develop the integrated mission CAD model, interface control documents and drawings, mission mass budget, and preliminary plans for mission integration and test, mission analysis, and mission mechanical risk management. The LOO Mission Mechanical Systems Lead Engineer will serve as the point-of-contact and technical monitor for the contractor team.

b) Spacecraft Structural Analysis
GSFC does not have enough analysis manpower to support both the analysis of the instruments and the spacecraft. It has been decided that the spacecraft structural analysis shall be contracted out for the mission. The civil servant analysis engineer on the Spacecraft mechanical sub-team will serve as the point-of-contact and technical monitor for the contractor team.
The Spacecraft mechanical team engineers have initiated preliminary packaging and layout of the s/c bus as well as development of the mechanical system requirements. The major subsystems that are being focused on are the primary structure, the instrument support structure, the propulsion module, and the deployables (S/A and HGAS). Because of mass requirements use of composites will be extensive.

c) STOP Analysis for the LIS Instrument
The Lunar Infrared Spectrometer (LIS) instrument contains very sensitive optical components that must maintain their alignment to each other in order for the optics to properly focus on the detector and obtain adequate data for the instrument. This alignment must be maintained under all possible conditions such as temperature loads including cool down to 65 degrees Kelvin and variations on-orbit. A structural/thermal/optical (STOP) analysis must be performed to determine the motion of each optical element and the relative motion between each optical element due to the instrument's temperature environments. The STOP analysis looks at changes in the thermal environment and then uses structural analysis tools such as NASTRAN software to predict the motion and deformation of the optical components. Then these changes are applied to the optical model and a sensitivity matrix is developed for the system.

In order to perform the STOP analysis, the contractor must understand the minimum motion requirements and obtain the details of the mechanical and thermal designs and the temperature loading distributions. Obtaining this information and all other necessary information will be coordinated by the contractor. The civil servant analyst on the LIS mechanical sub-team will be the point-of-contact and technical monitor for the contractor team.

A copy of the LIS finite element model (FEM) is available and can be supplied to the contractor. However, this FEM has only been used for structural dynamics studies.

**Statement of Work:**

*For (a) Mission-level mechanical engineering to integrate all instruments into a viable mission payload:*
The contractor team shall perform this work on-site at GSFC.

1) The contractor shall develop an integrated 3D CAD model of the Observatory using IDEAS software. This model shall be used to optimize instrument placement on the spacecraft to meet the primary science objectives and further refine the preliminarily defined interfaces. The model shall have sufficient detail to ensure that all mechanical interface requirements are satisfied. Views from all angles should be prepared, including cut-away views to show internal interface details as necessary. Additionally, views shall be prepared for the PDR as necessary to illustrate various features of the mechanical accommodations of the mission. The contractor shall provide these PDR views in both native and portable document format (pdf) formats.
2) Draft interface control documents shall be prepared using MS Word. Draft mechanical interface control drawings shall be prepared using IDEAS. Drawings shall be compliant with all GSFC and ISO requirements. (Consult GDMS for more

information, see GFE section below). All mission hardware interfaces shall be addressed.

3) Mass properties for the mission shall be calculated and reported using MS Excel spreadsheets.
4) A draft mission integration and test plan shall be prepared detailing the integration and test strategy and requirements for the Spacecraft, LLA, and LCS instruments, using MS Word. The objective is to detail the tasks, schedule and requirements for the successful qualification of the Observatory for flight. The schedule shall clearly highlight all key milestones for required deliverables from all parties to maintain the overall mission schedule.
5) A draft mission analysis plan shall be prepared detailing all necessary and recommended structural analyses for the mission. This plan shall be prepared using MS Word and shall be delivered in both native and pdf formats.
6) A mechanical risk management plan and report shall be delivered in MS Word format. This report shall include a probabilistic risk assessment itemizing the probability of each risk, the consequences if the risk manifests itself, and the mitigation of the risk.

*For (b) Spacecraft Structural Analysis:*
The contractor team shall perform this work at their facility.

7) The contractor will provide input to a mission level analysis plan detailing all necessary and recommended structural analyses for the S/C to verify that the requirements are being met. This mission analysis plan is currently being drafted by the contractor, under item (a) of this task order. This is a living document that can be updated and revised as necessary for the duration of this task.

8) The contractor will develop and maintain the S/C FEM. The FEM will be used for both dynamics and statics analyses. For compatibility, the models must be developed in FEMAP pre-processing program and all analyses must use MSC/NASTRAN as the solver.

   Currently the design of the S/C is being performed using I-DEAS. The I-DEAS geometry will be used as the starting point for the generation of the FEM. As directed by the lead analyst and mechanical engineering team there will be frequent trade studies for the analysis team to perform and document. As analysis drives the design, required modifications to the I-DEAS model will be communicated to the Spacecraft sub-team lead analyst and Spacecraft sub-team lead mechanical engineer.

   The end goal of the analysis effort is to support the design so that it will be mature enough for the scheduled PDR. Analysis will show that the design meets all frequency requirements and that the structure has been sized for all relevant loading environments.

9) As models of the instruments become available from the GSFC instrument sub-teams 6 months prior to PDR, they will be provided to the contractor as a NASTRAN bulk

data file. The contractor will be responsible for performing validity checks on these models and integrating them onto the overall S/C model. The contractor will be responsible for reporting and documenting any problems with these models and then fixing them. The contractor will then give this feedback to the particular instrument provider and get their concurrence. Prior to these models becoming available, preliminary mass properties will be provided by the instrument sub-team mechanical lead engineer.

10)The contractor will attend weekly analysis meetings on-site at NASA/GSFC that will be scheduled and run by the Spacecraft sub-team lead analyst. The meeting will be used to status the model and on-going analyses. Analysts are expected to bring hardcopies of their results to the meeting and to provide an electronic copy to the lead analyst who will maintain a library of all the analysis being performed.

*For (c) STOP Analysis for the LIS Instrument:*
The contractor team shall perform this work *at their facility.*

11)The contractor shall coordinate and perform the structural part of a structural/thermal/optical (STOP) analysis for the LIS instrument. The contractor shall be responsible for developing the overall analysis schedule, coordinating all the tasks, and obtaining the necessary information from the LIS thermal and optical design engineers in order to perform the STOP analysis. The contractor shall collect the required information from the LIS thermal and LIS optical engineers but their support will be charged to other tasks. This task will support the system coordination of the analysis and provide the structural support required to perform the analysis. The contractor will be proficient in the use of NASTRAN structural analysis and ZEMAX optical analysis software.

Details and mission requirements of the LIS instrument are listed in RTO Enclosure 1.

**Applicable Documents for all Subtasks:**
1) RTO Enclosure 1-LOO Mission Requirements for RTOs
2) RTO Enclosure 2-LOO Mission Instrument Specification for RTOs
3) RTO Enclosure 3-2011 Lunar Optical Observatory Payload Proposal Information Package

| | | |
|---|---|---|
| **Task Start Date:** | *Subtask (a):* | *08/16/06* |
| | *Subtask (b):* | *08/16/06* |
| | *Subtask (c):* | *11/15/06* |
| **Task End Date:** | *Subtask (a):* | *08/15/07* |
| | *Subtask (b):* | *08/15/08* |
| | *Subtask (c):* | *07/16/07* |

Exhibit 8
RFP-NNG05096383R

**Government Furnished Property:**

*For Subtask (a):*
1) 3-D CAD model of LCS in Pro-Engineer format
2) 3-D CAD model of LLA in SolidWorks format
3) 3-D CAD model of Spacecraft in IDEAS format
4) I-DEAS CAE workstations (up to 2 simultaneously) with GSFC licensed I-DEAS software, located on-site at GSFC
5) GSFC on-site roller-bed plotters and laser printers (b/w and color, A-E size)
6) GSFC on-site office computers with internet hookup
7) GSFC on-site generic office accommodations (furniture, phone, fax, etc)
8) Web-based access to GSFC provided Task Order Management System (TOMS) software
9) Web-based guest access to the GSFC Directives Management System (GDMS) via http://gdms.gsfc.nasa.gov/gdms/pls/frontdoor

*For Subtask (b):*
10) 3-D CAD model of LOO S/C in I-DEAS format and translatable to both I-GES and STEP formats
11) NASTRAN models of the LOO instruments

*For Subtask (c):*
12) Dynamics FEM
13) Diffraction Grating Evaluation Facility (DGEF)
14) Optical Fabrication Facility
15) Optical Coating Facility

**Milestones/Deliverables and Dates:**
All deliverables shall be furnished on CD-R media (5 copies), and delivered to the task ATR by hand or by Best Commercial Practice. A pdf summary file notating the CD-R contents shall be included on each disk.
For each deliverable file on the CD-R, the summary file shall include:
a) File name
b) Name of software used for creation
c) Software vendor name, address and phone
d) Version number used
e) Brief description of contents
f) Reference files used in the deliverable creation (such as optical prescription, etc), whether GFE or contractor generated.

*For Subtask (a):*

| | |
|---|---|
| 1) CAD Model | Drops are due at the end of each month. |
| Views for PDR | Drops are due at the end of each month. |
| 2) Interface Control Drawings & Interface Control Docs | Drops are due at end of months 3, 6 and 9, with the final drop at EOT. |

| | |
|---|---|
| 3) Mass Properties Report | Drops are due monthly. Last report is due at EOT. |
| 4) Draft I&T Plan | First drop due at PDR minus 4 months, 2nd Drop at PDR minus 1 month, Final drop is due at EOT. |
| 5) Draft Analysis Plan | Due 2 months after task start date |
| 6) Risk Plan & Report | Drops are due at end of month 6 and 9. Final drop is due at EOT. |

*For Subtask (b):*

1) LOO S/C FEM
The FEM will be constantly updated and iterated. The contractor will be responsible for making sure that the FEM is concurrent with the I-DEAS design as it matures. The contractor will make available in electronic format both the FEMAP model file and the MSC/NASTRAN bulk data file for every member of the analysis team for use in their individual analyses. The contractor will ensure that all released models will satisfy the NASTRAN model validity checks as described on:
http://femci.gsfc.nasa.gov/ValidityChecks

2) Analysis Status and Results Reports
The contractor will provide these to support the weekly analysis meetings. No specific format is required as long as it communicates the information clearly. Hardcopies will be provided for every member of the analysis team and an electronic version will be provided for the Spacecraft sub-team lead analyst.

c) Preliminary Stress Report
The contractor will prepare a stress report that details the MS (with the supporting analysis) for all the LOO S/C primary structure. The report will be delivered in both hardcopy and electronic format to the Spacecraft sub-team lead analyst and will be due 1 month prior to PDR.

d) PDR Presentation Support
The contractor will support the NASA/GSFC Spacecraft sub-team lead analyst and mechanical engineers in preparing for the PDR which will be approximately 12 months after beginning of this task

*For Subtask (c):*

1) The contractor shall provide written monthly status reports.

2) At the completion date, the contractor shall provide a comprehensive written report detailing the finite element model used for the analysis and the STOP analysis results.

3) The contractor shall provide MS Powerpoint charts summarizing the model and analysis results for the PDR. Recommendations for future analyses, issues and concerns should be addressed. These are due at PDR minus one month.

[End of RTO-1]

Exhibit 8
RFP-NNG05096383R

**RTO-2**

**Location:** Offsite at Contractor's Location, onsite for some testing

**Task Title:** **Precision Scanner for Lunar Infrared Spectrometer (LIS)**

**Task Background:**
The Lunar Infrared Spectrometer (LIS) is one of three spectrometers of the Lunar Composite Spectrometer (LCS). LIS requires a high precision Scanner that must provide arc second and micron level positioning accuracy of optics transported along a distance of 20 mm. Four scan lengths provide different resolutions of operation. The Scanner must be able to survive and meet performance requirements while operating 10 million cycles at cryogenic temperature. A controller card to drive the Scanner will be located in the LCS electronics box, but is not a deliverable for this task. However, Electronic Ground Support Equipment (EGSE) to provide full functionality of the Scanner is a deliverable, as well as the control algorithm. One of the optics is part of a reference interferometer used to provide a feedback signal to the controller. The controller needs to meet its stability requirement while subjected to disturbance transmitted from the reaction wheels.

Requirements:

| | |
|---|---|
| Scan lengths | 20 mm, 10 mm, 5 mm, and 2.5 mm |
| Tilt throughout stroke | +/- .5 arc sec |
| Shear throughout stroke | +/- 5 microns |
| Velocity for high resolution | 0.1 mm/sec |
| Velocity stability | +/- 1% |
| Disturbance at base of Scanner | 1 mg from 10 Hz to 200 Hz |
| Operating temperature | 30K and RT for testing |
| Operational test environment | 1g in any orientation at 30K and RT |
| Power at 30K | < 5 mW at zero-g |
| Redundancy | All windings and sensors |
| Optics | Flat at one end, corner cube at the other (Note: Optics are not a deliverable) |
| Optical interface | Three point, 25 mm bolt circle, 4-40 cap |
| Aperture | 60 mm |
| Length between optical interfaces | 200 mm |
| Diameter | < 200 mm |
| Mass without optics | < 1.25 kg |
| Scan profile | Scan single direction and return |
| Scan efficiency | > 95% for 20 mm scan |
| Ref. interferometer feedback signal | 400 Hz @ 0.1 mm/sec |

**Statement of Work:**

The contractor shall:

a. Present a System Concept Review and provide supporting documentation for both mechanism and controller.

b. Present a Preliminary Design Review and provide supporting documentation for both mechanism and controller.

c. Provide a detailed program project plan, including cost and schedule, for the development of one ETU and one Flight Scanner, the control algorithm, and EGSE to provide full functionality to operate the scanner without its electronics box.

d. Develop a detailed design for the Scanner that will meet or exceed the requirements listed above. Perform sufficient analysis to provide confidence that the mechanism and controller will perform as required. Provide supporting documentation.

e. Provide a detailed test and analysis plan for both mechanism and controller so as to provide assurance that the finished product will perform as expected while satisfying operational and environmental requirements. Provide traceability for the test and analysis plan. Provide supporting documentation.

f. Fabricate and procure mechanism components, assemble and test the mechanism. Provide supporting documentation.

g. Fabricate and procure the controller components, assemble and test the controller. Provide supporting documentation.

h. Integrate the mechanism and controller and perform performance testing. Provide supporting documentation.

i. Test both mechanism and controller to their appropriate test levels for the ETU. Provide supporting documentation.

j. Present a Critical Design Review for both mechanism and controller and provide supporting documentation.

k. Deliver an ETU Scanner, EGSE, and the control algorithm.

l. Fabricate, procure, assemble, and integrate the Flight Scanner and EGSE in accordance with QA protocols.

m. Present a Pre-Environmental Review, perform testing, and provide supporting documentation.

n. Present a Pre-Ship Review and provide supporting documentation for hardware environmental test results, performance, and flight readiness.

o. Deliver a Flight Scanner and EGSE.

p. Provide a Failure Modes and Effects Analysis (FMEA) at PDR, with updates at CDR, to identify system design problems.

**Applicable Documents:**
a) RTO Enclosure 1-LOO Mission Requirements for RTOs
b) RTO Enclosure 2-LOO Mission Instrument Specification for RTOs
c) RTO Enclosure 3-2011 Lunar Optical Observatory (LOO) Payload Proposal Information Package

**Task Start Date:** 08/16/06
**Task End Date:** 09/15/09

**Government Furnished Property/Facilities:** Goddard environmental test facilities

**Deliverables:**

- System Concept Review 11/30/06
- *Instrument* Preliminary Design Review 07/16/07
- Program Project Plan
- Test and Analysis Plan
- Critical Design Review 04/30/08
- Pre-Environmental Review
- Pre-Ship Review
- An ETU Scanner, EGSE, and control algorithm
- A fully tested and documented flight Scanner and EGSE
- Failure Modes and Effects Analysis PDR, CDR
- Quality Assurance documentation

**Milestones:**
Dates to be a part of the contractor's proposal. Proposal shall include WBS and schedule.

[End of RTO-2]

# RFP
# STATEMENT OF WORK

ATTACHMENT A
RFP-NNG05096383R
January 2006

NASA
GODDARD SPACE FLIGHT CENTER

# STATEMENT OF WORK

FOR

# MECHANICAL SYSTEMS ENGINEERING SERVICES (MSES II/A)

FOR THE

# APPLIED ENGINEERING AND TECHNOLOGY DIRECTORATE (AETD)

# *Contents*

Page

INTRODUCTION ........ 1

SCOPE OF WORK ........ 2

I. GENERAL RESPONSIBILITIES ........ 3
II. PERFORMANCE MEASUREMENT ........ 4
III. TASKS ........ 5

FUNCTION 1 –Pre-Formulation and Formulation Services: Candidate, Feasibility and Systems Definition Studies ........ 5
A. Candidate Study Services ........ 6
B. Preliminary Analysis Study Services ........ 6
C. System Definition Study Services ........ 7

FUNCTION 2 -- Implementation Phase Services – Mechanical Systems Disciplines ........ 9
A. Materials Engineering ........ 9
B. Structural Analysis and Loads Engineering ........ 12
C. Mechanical Engineering ........ 14
D. Electro-Mechanical Engineering ........ 15
E. Thermal Engineering ........ 17
F. Contamination and Coatings Engineering ........ 18
G. Manufacturing Engineering ........ 20
H. Integration and Test Engineering ........ 22

FUNCTION 3 -- Implementation Phase Services – Related Discipline Engineering ........ 25
A. Project Management ........ 25
B. Mission Systems Engineering ........ 25
C. Instrument Systems Engineering ........ 28
D. Optical Design and Analysis Engineering ........ 31
E. Detector Engineering ........ 33
F. Flight Dynamics Engineering ........ 34
G. Power Systems Engineering ........ 34
H. Propulsion Systems Engineering ........ 35
I. Guidance, Navigation and Control Engineering ........ 36
J. Communications, Command and Data Handling Engineering ........ 37
K. Software Engineering ........ 39
L. Electrical and Electronics Engineering ........ 39
M. Launch and Post-Launch Operations Engineering ........ 40
N. Mission Assurance Engineering ........ 41
O. System Safety Engineering ........ 45
P. Radiation Engineering ........ 46
Q. Cryogenics and Fluids Engineering ........ 47
R. Ground Systems Engineering ........ 47

# *Contents*

Page

S. Parts and Materials ........ 48
T. ISS and STS Mission Management........ 48
U. Configuration Management Services ........ 49
V. Hardware Refurbishment and Reuse........ 50
W. Training ........ 50
X. CAD/CAE Facility Support........ 51
Y. Hardware Storage........ 51

**FUNCTION 4** – Research and Technology Services........ 52
A. Advanced Thermal Control Systems........ 52
B. Optics and Opto-mechanical Systems........ 52
C. Cryogenic and Fluid Systems........ 52
D. Advanced Coatings and Film Technologies ........ 52

**FUNCTION 5** – Support Services........ 53
A. Documentation Services ........ 53
B. Computer Technology Support Services ........ 54
C. Maintenance Services ........ 56
D. Sustaining Engineering Services........ 57
E. Education Services........ 58
F. Standards and Process........ 59

**IV. APPLICABLE DOCUMENTS AND SPECIFICATIONS** ........ 60

**V. REFERENCE DOCUMENTS AND SPECIFICATIONS** ........ 61

**VI. ACRONYMS LIST**........ 62

## INTRODUCTION

The National Aeronautics and Space Administration (NASA) was established to plan, direct, and conduct aeronautical and space activities for peaceful purposes for the benefit of all mankind. The operational aspects of NASA's work are divided among field installations around the country and involve research and development activities under the responsibility of four technical program offices at NASA Headquarters.

The Goddard Space Flight Center (GSFC) is located in Greenbelt, Maryland and reports to the Office of Science. The GSFC is chartered to expand the knowledge of the earth and its environment, the solar system, and the universe through observations from space. To this end, the GSFC's primary emphasis is in scientific investigation, in the development and operation of space systems, and in the advancement of essential technologies. In accomplishing this responsibility, the GSFC has undertaken a broad program of scientific research, both theoretical and experimental, in the study of space phenomena and earth sciences. The program ranges from basic research to flight experiment developments and from mission operations to data analysis.

Within the GSFC, the Applied Engineering Technology Directorate (AETD) plans, organizes, and conducts a broad range of technical research and development activities in support of science applications. The AETD is responsible for providing engineering expertise and support in the formulation, design, development, fabrication, integration, test, verification, and operation of components, subsystems, systems, science instruments, and complete spacecraft for multiple projects. The specific components, subsystems, systems, and science instruments are ultimately integrated into the spacecraft to form a science observatory. It is these observatories that are launched to fulfill the mission of the GSFC. The AETD comprises five engineering divisions: the Mechanical Systems Division (MSD), the Information Systems Division (ISD), the Instrument Systems and Technology Division (ISTD), the Electrical Engineering Division (EED), and the Mission Engineering and Systems Analysis Division (MESA).

To fulfill these responsibilities and ultimately achieve their missions, GSFC must acquire a wide range of engineering services in support of its divisions to implement the GSFC mission.

SCOPE OF WORK

The purpose of this contract is to acquire engineering services and related services to MSD and related organizations throughout GSFC, as required, for the formulation, design, development, fabrication, integration, testing, verification, and operations of space flight and ground system hardware and software, including development and validation of new technologies to enable future space and science missions. **The engineering areas of emphasis are multidisciplinary with concentration in the mechanical engineering areas of materials, structural analysis and loads, mechanical design, electromechanical design, thermal, contamination and coatings, manufacturing and integration and test.**

To this end, the contractor shall provide on/off-site multidisciplinary engineering services, pursuant to task assignments issued by the Contracting Officer. These services shall include the personnel, facilities, and materials (unless otherwise provided by the Government) to accomplish the tasks.

Current engineering services provided rely on frequent face-to-face communication between the Government and its contractors. This includes meetings with the task manager and with various organizations throughout GSFC. The amount and form of communication varies from task to task. It will be necessary for the contractor's project managers and technical task managers to have the capability to attend frequent face-to-face meetings with Government personnel at the GSFC for a vast majority of the task orders to be issued in the future. The contractor shall have the capability to conduct these communications without being unproductive and inefficient.

Tasks orders will be issued to perform services in all aspects of mission and instrument development and implementation for components, subsystems, systems, science instruments, observatories, launch, ground system, spacecraft, and suborbital craft (e.g., aircraft, sounding rockets, UAVs, balloons), including attached shuttle or Space Station payloads, free-flying spacecraft, suborbital craft payloads, as well as ground support equipment, simulators, non-flight models, and prototypes; candidate, feasibility, and systems definition studies; project management; systems engineering; analysis; preliminary design; detailed design; non-flight and flight fabrication; assembly; integration; test and verification; test instrumentation; data systems management; launch, on-orbit and post-launch operations; research and technology unique to system development; parts and materials, technical facilities support, logistics, documentation; maintenance; sustaining engineering; configuration management; mission assurance; architectural trades, performance, cost, risk assessment, and systems safety.

# RFP AMENDMENTS

OMB Approval 2700-0042

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE 1 OF PAGES 2

2. AMENDMENT/MODIFICATION NO. THREE (3)

3. EFFECTIVE DATE See Block 16C.

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE 210.M
NASA/Goddard Space Flight Center
Greenbelt, MD 20771

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No. Street, county, State and ZIP: Code)*

TO ALL POTENTIAL OFFERORS

CODE FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO. NNG05096383R

9B. DATED *(SEE ITEM 11)* March 9, 2006

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☒ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning one (1) copy of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATA SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and data specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☐ is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

This amendment to RFP NNG05096383R – Mechanical Systems Engineering Services II/A (MSES II/A), is hereby issued to: (1) Amend L.15 to add 2. (k) <u>SUMMARY OF RECURRING OTHER DIRECT COSTS (ODCs)</u>; Revise M.5 <u>Overall Proposed Contract Cost (Government Pricing Model);</u> (3) Revise Section J.1, LIST OF ATTACHMENTS, to incorporate Attachment I "List of Installation Accountable Government Property (IAGP)" and; (4) Revise L.15, Section 1. Instructions.

Accordingly,

Except at provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* Kathleen M. Pierson

15B. CONTRACTOR/OFFEROR

*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA

BY /signed/
*(Signature of Contracting Officer)*

16C. DATE SIGNED March 30, 2006

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105
Computer Generated

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA

**(1)** Amend L.15, COST VOLUME, to add under Section 2., Cost Proposal Format, Item (k) - L 15, 2 (k). SUMMARY OF RECURRING OTHER DIRECT COSTS (ODCs). Offerors shall complete one **Exhibit 10** for any recurring ODCs (e.g. computer usage, program management, depreciation, etc.) routinely bid on a cost estimating relationship. In this exhibit, the Offerors shall show the percentage, rate, and/or dollar amount, as well as, provide an explanation the basis of application.

**(2)** Revise M.5, COST EVALUATION FACTOR, Paragraph titled Overall Proposed Contract Cost (Government Pricing Model) to include the following: In addition, the Government will apply recurring ODCs proposed in Exhibit 10 to the "Government's Pricing Model" for Total Contract Proposed and Probable Cost, as applicable.

**(3)** Revise Section J.1, LIST OF ATTACHMENTS, to incorporate Attachment I "List of Installation Accountable Government Property (IAGP)" and;

**(4)** Revise L. 15, COST VOLUME, Section 1., Instructions, to read: "…..shall submit one separately packaged proposal **directly to** their cognizant DCAA office….." in lieu of "marked for…….".

OMB Approval 2700-0042

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|
| | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| Amendment Six (6) | March 20, 2007 | N/A | |

6. ISSUED BY CODE 210.M

NASA Goddard Space Flight Center
Mission Enabling Procurement Office, Code 210.3
Greenbelt, MD 20771

7. ADMINISTERED BY (If other than Item 6) CODE 210.3

8. NAME AND ADDRESS OF CONTRACTOR (No. Street, county, State and ZIP: Code)

Offerors

CODE | FACILITY CODE

(✓) X 9A. AMENDMENT OF SOLICITATION NO. NNG05096383R

9B. DATED (SEE ITEM 11) March 09, 2006

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☒ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☒ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning one (1) copy of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATA SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and data specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☐ is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this amendment it to revise RFP Section M.5 (Cost Evaluation Factor).

Companies shall acknowledge this amendment and forward two signed copies to the Contracting Officer by March 22, 2007.

Accordingly, see page 2:

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Kathleen M. Pierson Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 03/20/07 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105
Computer Generated

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NNG05096383R
Amendment Six (6)
Page 2 of 2

The Government Pricing Model (GPM) has been deleted from the evaluation in its entirety. Additionally, RFP Section M.5 is revised to modify the information presented to the Source Selection Authority as follows:

FROM:

The following cost evaluation information will be presented to the Source Selection Authority:

a. Total Contract Proposed and Probable Cost (Government Pricing Model): The Offeror's total proposed pricing (including proposed fee), based on the application of the Government's estimated hours to the Offeror's total composite contract (prime/sub) loaded rates that were proposed in Exhibits 1A and 1B (Bid Rates and Ceiling Rates).

b. The Offeror's Firm Fixed-Price Phase-In Price.

TO:

The following cost evaluation information will be presented to the Source Selection Authority:

a. Total Proposed and Probable Cost (including proposed fee) for the Representative Task Orders.

b. The Offeror's Firm Fixed-Price Phase-In Price.

(End of Amendment 6)