ORIGINAL

FILED
APR 24 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| SWALES & ASSOCIATES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-253 C |
| UNITED STATES, | ) | |
| Defendant. | ) | |

## SWALES & ASSOCIATES' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, Swales & Associates, Inc., which does business as Swales Aerospace, respectfully states that it is a closely held S-Corporation, owned wholly by its founders and by an employees' ESOP trust, with more than 900 individual participants.

Respectfully submitted,

MARCIA G. MADSEN
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3000
(202) 263-3300 Facsimile

Of Counsel:
DAVID F. DOWD
LUKE LEVASSEUR
MAYER, BROWN, ROWE & MAW LLP
*Counsel for Plaintiff, Swales Aerospace*
April 24, 2007

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on this 24th day of April 2007, I caused to be served, by hand delivery, one copy of Swales & Associates' Rule 7.1 Disclosure Statement upon the following:

Mark Melnick
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530