ORIGINAL

FILED
APR 24 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| SWALES & ASSOCIATES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-253 C |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65(a) and RCFC, Appendix C, Swales & Associates, Inc., d/b/a Swales Aerospace ("Swales") files this Motion for A Preliminary Injunction. As more fully described in Swales' concurrently filed Memorandum in Support of Motion for Preliminary Injunction, the Court should enjoin the National Aeronautics and Space Administration, Goddard Space Flight Center ("NASA") from commencing or continuing performance of any contract awarded to Stinger Ghaffarian Technologies, Inc. ("SGT") under Request for Proposals No. NNG05096383R ("RFP"). The RFP and this lawsuit relate to NASA's procurement competition for mechanical systems engineering services for the formulation, design, development, fabrication, integration, testing, verification, and operations of space flight and ground system hardware and software, including development and validation of new technologies to enable future space and science missions.

Swales respectfully requests that the Court issue an order enjoining NASA from taking the actions described above pending resolution of this bid protest.

Respectfully submitted,

MARCIA G. MADSEN
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3000
(202) 263-3300 Facsimile

Of Counsel:
DAVID F. DOWD
LUKE LEVASSEUR
MAYER, BROWN, ROWE & MAW LLP
*Counsel for Plaintiff, Swales Aerospace*
April 24, 2007

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on this 24th day of April 2007, I caused to be served, by hand delivery, one copy of Plaintiff Swales' Motion For A Preliminary Injunction on the following:

Mark Melnick
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

_______________________

ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

FILED
APR 24 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWALES & ASSOCIATES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-253 C |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**REQUEST FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to Fed. R. Civ. P. 65(a) and RCFC, Appendix C, Swales & Associates, Inc., d/b/a Swales Aerospace ("Swales") files this Request for A Temporary Restraining Order. As more fully described in Swales' concurrently filed Memorandum in Support of Swales' Motion for Preliminary Injunction, the Court should enjoin the National Aeronautics and Space Administration, Goddard Space Flight Center ("NASA") from commencing or continuing performance of any contract awarded to Stinger-Ghaffarian Technologies, Inc. ("SGT") under Request for Proposals No. NNG05096383R ("RFP"). The RFP and this lawsuit relate to NASA's procurement competition for mechanical systems engineering services for the formulation, design, development, fabrication, integration, testing, verification, and operations of space flight and ground system hardware and software, including development and validation of new technologies to enable future space and science missions.

Swales respectfully requests that the Court issue an order immediately enjoining NASA from taking the actions described above.

Respectfully submitted,

MARCIA G. MADSEN
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3000
(202) 263-3300 Facsimile

Of Counsel:
DAVID F. DOWD
LUKE LEVASSEUR
MAYER, BROWN, ROWE & MAW LLP
*Counsel for Plaintiff, Swales Aerospace*
April 24, 2007

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 24th day of April 2007, I caused to be served, by hand delivery, one copy of Plaintiff Swales' Request For A Temporary Restraining Order on the following:

Mark Melnick
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

D Robbins
______________________