**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| **SWALES & ASSOCIATES, INC.** | ) | |
| **Plaintiff,** | ) | **Case No.** |
| **v.** | ) | **Judge Loren Smith** |
| **UNITED STATES,** | ) | |
| **Defendant** | ) | |

## MOTION TO INTERVENE

Pursuant to Rule 5 and Rule 24 of the Rules of the United States Court of Federal Claims ("RCFC"), SGT, Inc. ("SGT"), respectfully moves to intervene in the above-captioned action. SGT is entitled to intervene as a matter of right under RCFC 24(a)(2). SGT is the awardee of a contract resulting from a National Aeronautics and Space Administration ("NASA") Request for Proposals No. NNG05096383R; the contract award that is the subject of the above-captioned protest matter.

SGT respectfully requests that this Court grant SGT's Motion to Intervene.

Dated: April 25, 2007

Respectfully submitted,

James H. Roberts, III
Carrol H. Kinsey, Jr.
Van Scoyoc Kelly PLLC
101 Constitution Avenue, NW
Suite 665 East
Washington, DC 20001
202-898-1898
202-898-0371 (fax)
Attorneys for SGT, Inc.

**Certificate of Service**

I hereby certify that I caused a true copy of the foregoing ***Motion To Intervene of SGT, Inc.,*** to be served upon the parties listed below via facsimile this 25th day of April, 2007

James H. Roberts, III
Van Scoyoc Kelly, PLLC
101 Constitution Avenue, NW
Suite 665 East
Washington, DC 20001
(202) 898-1898 (Telephone)
(202) 898-0371 (Facsimile)
Attorney for Intervenor, SGT

Scott D. Austin, Esquire
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Room 12126
1100 L Street, NW
Washington, D.C. 20530
(202) 616-0317 (Telephone)
(202) 307-0972 (Facsimile)

Marcia G. Madsen, Esquire
Mayer, Brown, Rowe & Maw, LLP
1909 K Street, NW,
Washington, DC 20006
(202) 263-3000 (Telephone)
(202) 263-3300 (Facsimile)
Counsel for Plaintiff, Swales Aerospace