**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| **SWALES & ASSOCIATES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 07-253** |
| | ) | |
| **THE UNITED STATES,** | ) | **(Senior Judge Smith)** |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Scott D. Austin as attorney of record for the defendant.

Service of all papers by opposing counsel should be addressed as follows:

Scott D. Austin
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

/s/Scott D. Austin
SCOTT D. AUSTIN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 616-0317
Fax: (202) 305-7643

DATED: April 28, 2007

Attorney for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 28h day of April 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Scott D. Austin
SCOTT D. AUSTIN