# In the United States Court of Federal Claims

| | | |
|---|---|---|
| SWALES & ASSOCIATES, INC. | * | |
| *Plaintiff,* | * | Case No. 07-253C |
| v. | * | Filed: April 30, 2007 |
| THE UNITED STATES, | * | Senior Judge Smith |
| *Defendant,* | * | |
| and | * | |
| SGT, INC. | * | |
| *Defendant-Intervenor.* | * | |

**ORDER**

The Court hereby **GRANTS** SGT, Inc.'s Motion to Intervene pursuant to RCFC 24(a)(2). The caption is changed to reflect such.

**IT IS SO ORDERED**.

s/Loren A. Smith
LOREN A. SMITH