# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

SWALES & ASSOCIATES, INC.

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant,*

and

SGT, INC.

*Defendant-Intervenor.*

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 07-253C

Filed: April 30, 2007

Senior Judge Smith

**ORDER**

Pursuant to the status conference held on April 25, 2007, the Court hereby **ORDERS** the following briefing and argument schedule.

Defendant and Intervenor's response to Plaintiff's Request for a Temporary Restraining Order shall be filed and served on or before close of business, Monday, April 30, 2007. Plaintiff's reply shall be filed and served on or before close of business, Thursday, May 3, 2007.

Oral argument shall be held on Thursday, May 4, 2007 at 10:30 a.m. in Courtroom #9, United States Court of Federal Claims, Washington, DC.

**IT IS SO ORDERED**.

s/Loren A. Smith
LOREN A. SMITH