# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

SWALES & ASSOCIATES, INC.

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant,*

and

SGT, INC.

*Defendant-Intervenor.*

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 07-253C

Filed: May 2, 2007

Senior Judge Smith

**AMENDED ORDER**

The Order filed on April 30, 2007, is **AMENDED** as follows:

Plaintiff's reply shall be filed and served on **Wednesday, May 2, 2007.**

Oral argument shall be held on Thursday, **May 3**, 2007 at **10:00** a.m. in Courtroom #9, United States Court of Federal Claims, Washington, DC.

**IT IS SO ORDERED**.

s/Loren A. Smith
LOREN A. SMITH