# In the United States Court of Federal Claims

| | |
|---|---|
| SWALES & ASSOCIATES, INC.<br>*Plaintiff,*<br>v.<br>THE UNITED STATES,<br>*Defendant,*<br>and<br>SGT, INC.<br>*Defendant-Intervenor.* | Case No. 07-253C<br>Filed: May 2, 2007<br>Senior Judge Smith |

## ORDER

The Court hereby GRANTS Defendant's Amended Motion for Leave to File Supplement.

**IT IS SO ORDERED**.

s/Loren A. Smith
LOREN A. SMITH