**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| SWALES & ASSOCIATES, INC., Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES, Defendant, | ) | No. 07-253 (Senior Judge Smith) |
| and | ) | |
| SGT, INC., Defendant-Intervenor. | ) | |

**SWALES' UNOPPOSED MOTION TO DISMISS**

Pursuant to RCFC 41, plaintiff moves to dismiss this action with prejudice. Undersigned counsel has spoken to government counsel, who has stated that the defendant consents to this motion.

Respectfully submitted,

s/ Marcia G. Madsen

MARCIA G. MADSEN
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3000
(202) 263-3300 Facsimile

Of Counsel:
DAVID F. DOWD
LUKE LEVASSEUR
MAYER, BROWN, ROWE & MAW LLP
*Counsel for Plaintiff, Swales & Associates, Inc.*
May 7, 2007