# In the United States Court of Federal Claims

**07-253C**

**Filed: May 4, 2007**

**SWALES AND ASSOCIATES, INC.**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (1 volume)**
**Held on May 3, 2007**
**Washington, D.C.**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.