# In the United States Court of Federal Claims

| | |
|---|---|
| SWALES & ASSOCIATES, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant,*<br><br>and<br><br>SGT, INC.<br><br>*Defendant-Intervenor.* | Case No. 07-253C<br><br>Filed: May 8, 2007<br><br>Senior Judge Smith |

**ORDER**

The Court hereby GRANTS Plaintiff's Motion to Dismiss pursuant to RCFC 41. The Clerk is directed to dismiss the complaint with prejudice.

**IT IS SO ORDERED**.

s/Loren A. Smith
LOREN A. SMITH